# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA

BRO. T. HESED-EL, )
)
    Plaintiff, ) Civil Action No. **1:21-cv-305-MR-WCM**
v. )
)
ROBIN BRYSON, et al., )
)
    Defendants. )

## MOTION TO WITHDRAW REQUEST FOR JUDICIAL NOTICE

COMES NOW, Plaintiff Brother T. Hesed-El and hereby respectfully moves the Court to grant him leave to withdraw his Request for Judicial Notice filed on 03/03/2022 [Doc. 22]. Given the defendants' response filed on 03/07/2022 [Doc. 26] and Plaintiff's Motion to Permit or Correct Case Caption filed contemporaneously herewith, said request for judicial notice filed on 03/03/2022 is no longer necessary and is hereby withdrawn.

WHEREFORE, Plaintiff prays this motion is granted.

Respectfully, this 5th day of Sha'ban in the year 1443 A.H.

                                                    Bro T. Hesed-El, Plaintiff *pro se*

**Mailing Address:**
c/o TAQI EL AGABEY MANAGEMENT
30 N Gould St, Ste. R, Sheridan, WY 82801
Ph: (762) 333-2075 / teamwork3@gmail.com

Filing Agent's Wet Ink Signature:

_____



**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**

| | |
|---|---|
| BRO. T. HESED-EL, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. **1:21-cv-305-MR-WCM** |
| v. ) | |
| ) | |
| ROBIN BRYSON, et al., ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

This certifies that this MOTION TO WITHDRAW REQUEST FOR JUDICIAL NOTICE was electronically served upon the below defendants, by attachment to an email, to ensure delivery to:

**Robin Bryson, Mission Hospital Inc., and ANC Healthcare Inc.**
℅ Attorney Richard S. Daniels
Patla, Straus, Robinson & Moore, P.A.
Post Office Box 7625
Asheville, North Carolina 28802
rsd@psrmlaw.com

This 8th day of March 2022 A.D.

*[signature]*

Bro T. Hesed-El, Plaintiff *pro se*

Filing Agent's Wet Ink Signature:

_____