IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:21-cv-00305-MR-WCM

| | |
|---|---|
| BRO T. HESED-EL ) | |
| ) | |
| Plaintiff, ) | |
| ) | ORDER |
| v. ) | |
| ) | |
| ROBIN BRYSON ) | |
| *Licensed Clinical Social Worker,* ) | |
| *in her individual and official capacity,* ) | |
| JOHN DOE ) | |
| *Hospital Does 1-20,* ) | |
| *in their individual and official capacities* ) | |
| MISSION HOSPITAL, INC., ) | |
| ANC HEALTHCARE, INC., ) | |
| ADAM HERZOG ) | |
| *Employee of Mission Hospital* ) | |
| *and/or ANC,* ) | |
| STIRLING BARLOW ) | |
| *Employee of Mission Hospital* ) | |
| *and/or ANC,* ) | |
| ) | |
| Defendants. ) | |

This matter is before the Court on Plaintiff's Request to Take Judicial Notice (Doc. 22) and Plaintiff's Motion to Withdraw Request for Judicial Notice (Doc. 28). Defendants Robin Bryson, Mission Hospital, Inc. and ANC Healthcare, Inc. consent to the Motion to Withdraw. See Doc. 31.[1]

---

[1] Although Plaintiff's Amended Complaint (Doc. 14) names additional defendants, the record does not include service information with respect to those defendants, and they have not made an appearance in this matter.

**IT IS THEREFORE ORDERED** that Plaintiff's Motion to Withdraw Request for Judicial Notice (Doc. 28) is **GRANTED**, and Plaintiff's Request to Take Judicial Notice (Doc. 22) is **WITHDRAWN**.

Signed: March 17, 2022

W. Carleton Metcalf
United States Magistrate Judge