IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2017 JAN 30  PM 2: 09

CLERK _____
SO. DIST. OF GA.

taqi el,
Moor / Aboriginal American – Freehold by Birthright

                Plaintiff,

v.

WELLS FARGO HOME MORTAGE, Wells Fargo
Bank, N.A. 420 Montgomery Street, San Francisco, CA 94104;
KATE HARRENSTEIN, Wells Fargo Bank, N.A. 420
Montgomery Street, San Francisco, CA 94104; and
ALDRIDGE PITE, LLP, 15 Piedmont Center,
3575 Piedmont Road, N.E., Suite 500
Atlanta, Georgia 30305

                Defendants,

Civil Action No. 1:16-CV-00146-JRH-BKE

## NOTICE TO CLARIFY IDENTIFICATION
## AND APOLOGY TO THE COURTS

Plaintiff respectfully submits the following statements to clear up the record and apologizes for any confusion.

1. In 1985, at birth, Plaintiff's living mother gave and declared his legal name to be Stephen Anthony Lee.
2. In 2013, (Exhibit "Moor B") Plaintiff declared his national title to be Taqi Elaga Bey; w/o court intervention.
3. In ~~2016,~~ 2017 (Exhibit "Moor C") Plaintiff proclaimed his legal name to be Taqi El; supported by a Court's Order. (6 pages)

For all intents and purposes, Plaintiff shall be known by the name "**Taqi El**" henceforth. Plaintiff attaches a copy (Exhibit "Moor C") of a STATE OF WASHINGTON / STATE OF GEORGIA Card Number EL--T#157P3/058500526 as proof of his legal person.

**WHEREFORE**, for reasons shown, Plaintiff moves this court to grant leave to the Plaintiff to amend his original complaint also including the correction of the legal name of Plaintiff.

I, the undersigned natural person, declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 28th day of January, 2017.

                                    _Taqi Elagh-Bey, ARR_
                            Signature of Plaintiff. All Rights Reserved and Retained

**EXHIBIT A**
6 PAGES

Page 1 of 2

## CERTIFICATE OF SERVICE

This is to certify that I have this day served all parties in the foregoing matter with a copy of <u>PLAINTIFF'S NOTICE TO CLARIFY NAME AND IDENTIFICATION APOLOGY TO THE COURTS</u> w/ attached EXHIBIT "MOOR C" by U.S. First Class Mail, postage post-paid and properly addressed upon the following:

Dylan W. Howard
Georgia Bar No. 370267
*Attorney for Defendants Wells Fargo Home*
*Mortgage, a division of Wells Fargo Bank,*
*N.A., Gerlinde Berry and Kate Harrenstein*

BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.
Monarch Plaza, Suite 1600
3414 Peachtree Road, N.E.
Atlanta, Georgia 30326
Phone: (404) 577-6000
Facsimile: (404) 221-6501
dhoward@bakerdonelson.com

Executed without the UNITED STATES on this 30th day of January, 2017.

Jagi Eleya-Bey, AMR
c/o [3620] Goldfinch Drive
Augusta Territory
Republic of Georgia
zip code; exempt [30906]
Ph: (323) 788-6690
Fax: 773.409.5942
teamwork3@gmail.com
**ALL RIGHTS RESERVED**

Exhibit Moor C" - 1

   

HATTIE HOLMES SULLIVAN
CLERK, RICHMOND CO., GA.

**SOCIETAS REPUBLICAE EA AL MAURIKANOS**
**THE MOORISH DIVINE AND NATIONAL MOVEMENT OF THE WORLD**
Aboriginal / and Indigenous Natural Peoples of Northwest Amexem / Maghreb al-Aqsa / North Gate

# Legal Notice and Proclamation

**LET IT BE KNOWN THAT,**

I, one previously known as Stephen Anthony Lee / Taqi Elaga Bey, do hereby correct for the record, that I shall be known exclusively by the free name **"Taqi El"** henceforth. My signature and attestation is sealed below. It denotes my 'in full life' status, rights and protections at common law. I affirm that this is not to mislead; this is a transition from commercialism to Religious Law.

Love, Truth, Peace, Freedom, Justice

Executed this 30th day of January 2017, under penalty for perjury by the organic laws of the united States of North America in accordance with Circle 7 Koran of the M.S.T of A.

Taqi El-Bey ARR Date 1/30/17
Taqi El / All Rights Reserved and Retained (ARR)

*Signed, sealed and*
*delivered in the presence of:*

Letetia ___ Witness

___ Notary

MICAH NEWSOME
NOTARY PUBLIC
RICHMOND COUNTY
STATE OF GEORGIA
Exp: 9/3/17

# Aboriginal American



Moor       Identification
of Legal Person



Exhibit "Moore"
3

Please return to:
Taqi El Agabey Mgmt.
Post Office Box 5327
Augusta, GA 30916

2017 JAN 30 PM 1:36

HATTIE HOLMES SULLIVAN
CLERK, RICHMOND CO., GA.

3620 GOLDFINCH DRIVE
AUGUSTA, GA 30906

GEORGIA     )
RICHMOND ~~ ) ss.
Columbia County )

(Property Address)

## ASSIGNMENT

FOR VALUE RECEIVED, :stephen-anthony:lee, Assignor, does hereby transfer, assign and convey to TAQI EL AGABEY TRUST, through the Office of Administrator of Trust, whose address is 1621 Central Avenue, Cheyenne Territory, wy, his successors and assigns, all of the Assignor's rights, title and interest in, to and under that certain Security Instrument executed by STEPHEN ANTHONY LEE dated June 16, 2013 to Assignor, recorded in the Office of the Clerk of the Superior Court of Gwinnett County, U.C.C. Index File No. 67-2013-005091 together with the property therein described, the indebtedness secured thereby and all powers and privileges contained in said security instrument and the Notes secured thereby.

IN WITNESS WHEREOF, Assignor has caused these presents to be executed on its behalf, his *In Propria Persona Sojourn* name to be subscribed, and his sojourn status natural person Seal affixed hereto, by the duly authorized secured party creditor of record, this 30 day of January 20 17.

STEPHEN ANTHONY LEE

:stephen-anthony:lee
Secured Party Creditor

Signed, sealed and delivered
in the presence of:

Witness

Kristina L. Finlay
Notary Public

[Notary Seal: KRISTINA L. FINLAY, NOTARY PUBLIC, EXP. 01-05-2020, COLUMBIA COUNTY, GA]


**SALVATION**


**ALLAH**

Exhibit "Moor C" 4

**UNITY**

# The Moorish Science Temple of America

## The Divine Constitution and By-Laws

ACT 1. The Grand Sheik and the chairman of the Moorish Science Temple of America is in power to make law and enforce laws with the assistance of the prophet and the Grand body of the Moorish science Temple of America. The assistant Grand Sheik is to assist the Grand Sheik in all affairs if he lives according to Love, Truth, Peace, Freedom and Justice, and it is known before the members of the Moorish Science Temple of America.

Act 2. - All meetings are to be opened and closed promptly according to the circle seven and Love, Truth, Peace, Freedom and Justice. Friday is our Holy Day of rest, because on a Friday the first man was formed in flesh and on a Friday the first man departed out of flesh and ascended unto his father God Allah, for that cause Friday is the Holy Day for all Moslems all over the world.

Act 3. - Love, Truth, Peace, Freedom and Justice must be proclaimed and practiced by all members of the Moorish Science Temple of America. No member is to put in danger or accuse falsely his brother or sister on any occasion at all that may harm his brother or sister, Because Allah is Love.

Act 4. - All members must preserve these Holy and Divine laws, and all members must obey the laws of the government, because by being a Moorish American, you are a part and partial of the government, and must live the life accordingly.

Act 5. - This organization of the Moorish Science Temple of America is not to cause any confusion or to overthrow the laws and constitution of the said government but to obey hereby.



**NOBLE DREW ALI**
Founder

Act 6. - With us all members must proclaim their nationality and we are teaching, our people their nationality and their Divine Creed that they may know that they are a part and a partial of this said government, and know that they are not Negroes, Colored Folks, Black People or Ethiopians, Because these names were given to slaves by slave holders in 1779 and lasted until 1865 during the time of slavery, but this is a new era of time now, and all men now must proclaim their free national name to be recognized by the government in which they live and the nations of the earth, this is the reason why Allah the Great God of the universe ordained Noble Drew Ali, the Prophet to redeem his people from their sinful ways. The Moorish Americans are the descendants of the ancient Moabites whom inhabited the North Western and South Western shores of Africa.

Act 7. - All members must promptly attend their meetings and become a part and a partial of all uplifting acts of the Moorish Science Temple of America. Members must pay their dues and keep in line with all necessities of the Moorish Science Temple of America, then your are entitled to the name of, "Faithful". Husband, you must support your wife and children; wife you must obey your husband and take care of your children and look after the duties of your household. Sons and daughters must obey father and mother and be industrious and become a part of the uplifting of fallen humanity. All Moorish Americans must keep their hearts and minds pure with love, and their bodies clean with water. This Divine Covenant is from your Holy Prophet Noble Drew Ali, through the guidance of his Father God Allah.

**MOORISH AMERICAN PRAYER**
Allah the Father of the universe, the Father of Love, Truth, Peace, Freedom and Justice. Allah is my protector, my guide and my salvation by night and by day, thru his Holy Prophet Drew Ali. "Amen".

**THE MOORISH SCIENCE TEMPLE OF AMERICA**
**Home Office of Noble Drew Ali**

Home Office: P.O. Box 379594                    Chicago, IL 60637



Exhibit "Moor C"
5

## OFFICE OF THE MAYOR
### CITY OF CHICAGO

**RAHM EMANUEL**
MAYOR

### PROCLAMATION

WHEREAS, the Moorish Americans are the descendants of the ancient Moabites, Hamatities, and Canaanites who were permitted by the Old Pharaohs of Kemet to traverse from East Africa and later formed themselves kingdoms extending from the northwestern and southwestern shores of Africa, the Atlantic Islands onto the present day Continental Americas; and

WHEREAS, the indigenous Moorish Peoples of the Americas are now united in order to again link themselves with the family of nations; and

WHEREAS, the Moorish Americans, being aboriginal to the territories of North, Central and South Americas, have formed a sovereign Theocratic Government guided by the command principles of love, truth, peace, freedom, and justice through virtue of the universal right to self-determination as well as with the Declaration on the Rights of Indigenous Peoples guaranteed in the Charter; and

WHEREAS, on January 8, 1886, Noble Drew Ali was born in the State of North Carolina destined to become the first Patriot of his mentally enslaved Moorish American People. In 1912 he was later anointed as "El Hajj Sharif Abdul Ali "by the Heads of Egypt and Holy City of Mecca to return to the United States as the Last Prophet and Founding Father of the newly risen Nation of Moorish Americans. As a result of the 13th amendment, Moorish people were emancipated from slavery in 1865:

NOW, THEREFORE, I, RAHM EMANUEL, MAYOR OF THE CITY OF CHICAGO, do hereby proclaim January 8-15, 2012, to be MOORISH AMERICAN WEEK IN CHICAGO. and urge all residents to recognize the events planned for this time.

Dated this 22nd day of December, 2011.

*Ral Emanuel*
Mayor

# Proclamations <u>Affirming</u> Moors Are Aboriginals

Many active and conscious Moorish-Americans across our North continent (America) have been consistent and dedicated in their duties and responsibilities to answer up to their constitution principles. In exercising their (our) Unalienable Rights and their (our) Divine Birthrights, Moors have been working to take their place in the affairs of men.

On December 22, 2011, Rahm Emanuel, Mayor of Chicago (Mecca) published a Proclamation that affirmed that Moors are the aboriginal and indigenous people of North America, South America, Central America and the adjoining Islands. To date '7' other City Officials have proclaimed the very same proclamation.

A **Proclamation** is the act of 'Proclaiming' or 'Publishing', which is an 'Avowel' (open Declaration) or a formal 'Declaration'. This act causes some 'State' matters to be 'Published' or to be made generally known; and by virtue of the said 'matter' being placed in *'written form'* and issued by proper authority.

## United States North American Republic Constitution, Article IV, Section 1

### Article IV

**Section 1.** Full faith and credit shall be given in each state to the public acts, records, and judicial proceedings of every other state. And the Congress may by general laws prescribe the manner in which such acts, records, and proceedings shall be proved, and the effect thereof.

| Location / Territory: | Public Servant Office / Official: | Day: |
|---|---|---|
| Chicago, Illinois | Rahm Emanuel, Mayor | December 22, 2011' |
| Omaha, Nebraska | Jim Smith, Mayor | January 5, 2012 |
| Tacoma, Washington | Marilyn Strickland, Mayor | January 4, 2012 |
| Charlotte, North Carolina | Anthony R. Foxx, Mayor | January, 2012 |
| Baltimore, Maryland | Stephanie Rawlings, Mayor | January 8, 2012 |
| Fayetteville, North Carolina | Anthony G. Chavonne | January, 2012 |
| Lynchburg, Virginia | Joan F. Foster, Mayor | January 2012 |
| Little Rock, Arkansas | Mark Stodola, Mayor | January 8, 2012 |
| Trenton, New Jersey | Tony Mack, Mayor | January, 2012 |
| Tyler, Texas | Barbara Bas, Mayor | January, 2012 |
| Atlanta, Georgia | C.T. Martin, *Council Member* | January 2012 |

## Previous Proclamations / Resolutions:

| | | |
|---|---|---|
| Washington, D.C. | Mayor, *"Noble Drew Ali Day"* | September 2011 |
| Philadelphia, Pennsylvania | John Street, Mayor *"Noble Drew Ali Day"* | January, 2001 |
| Philadelphia, Pennyslvania | David Cohen, Pres. City Council | September, 1991 |
| Philadelphia, Pennsylvania | Senate Resolution #75 *"Use of 'names' - Beys and Els"* | April, 1933 |
| **Sundry Free Moors** *South Carolina* | **State Records of South Carolina** *Journal of The House of Representatives* | January 1790 |

Compliments of R.V. Bey Publications - Revised January 2013