IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:21-cv-00305-MR-WCM

| | |
|---|---|
| BRO T. HESED-EL | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) ORDER<br>)<br>) |
| ROBIN BRYSON<br>*Licensed Clinical Social Worker,*<br>*in her individual and official capacity,*<br>MISSION HOSPITAL, INC., | )<br>)<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

This matter is before the Court on Defendants Robin Bryson and Mission Hospital, Inc.'s Motion for Extension of Time to File an Answer to Plaintiff's Amended Complaint (the "Motion," Doc. 89).

Plaintiff filed his original complaint on October 18, 2021, and an Amended Complaint on February 2, 2022. Docs. 1, 14. Following extensive motions practice and a hearing, the undersigned issued a Memorandum and Recommendation on July 12, 2022. Doc. 80. Those recommendations were accepted by the District Court on August 16, 2022, and certain of Plaintiff's claims were dismissed. Doc. 87. Plaintiff's claims for (1) "gross negligent/willful and wanton conduct" against Robin Bryson ("Bryson"); (2) negligent infliction of emotional distress against Bryson; (3) "negligent supervision and/or

training" against Mission Hospital, Inc. ("Mission"); and (4) "Respondeat Superior" against Mission remain. The deadline for Bryson and Mission to file an answer to Plaintiff's Amended Complaint is August 30, 2022.

On August 24, 2022, Plaintiff filed a "Motion to Alter/Amend or Reconsider Judgment" ("Motion for Reconsideration"), asking the District Court to reconsider its August 16 ruling. Doc. 90.

On August 25, 2022, Bryson and Mission filed the instant Motion, requesting that their deadline to file an answer to the Amended Complaint be extended for a "period of ten (10) days following the Court's ruling upon Plaintiff's Motion to Reconsider…." Doc. 89 at 2. Defendants assert that such an extension would avoid the possibility of them filing an answer to the Amended Complaint and thereafter having to amend that answer if the Motion for Reconsideration were to be allowed in whole or in part. Id. Defendants indicate that Plaintiff does not object to the requested extension. Id.

Defendants' request is understandable. However, the undersigned, respectfully, is not persuaded that Defendants' deadline should be extended as proposed. Given that this matter has been pending since October of 2021 and the significant amount of motions practice that has taken place, Defendants are presumably quite familiar with Plaintiff's claims. Though Defendants are correct that an amendment to their answer could be necessary depending upon the District Court's ruling on the pending Motion for Reconsideration, the

undersigned concludes it would be more appropriate for Defendants to proceed to respond to Plaintiff's Amended Complaint at this time.

**IT IS THEREFORE ORDERED** that Defendants Robin Bryson and Mission Hospital, Inc.'s Motion for Extension of Time to File an Answer to Plaintiff's Amended Complaint (Doc. 89) is **GRANTED IN PART**, and the deadline for Robin Bryson and Mission Hospital, Inc. to file an answer to Plaintiff's Amended Complaint is **EXTENDED** through and including September 9, 2022.

Signed: August 30, 2022

W. Carleton Metcalf
United States Magistrate Judge