IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL ACTION NO. 1:21-CV-305

TAQI EYR HHAMUL HESED EL, a/k/a "Bro. T. Hesed-El",

    Plaintiff,

v.

ROBIN BRYSON, et al.,

    Defendants.

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Phillip T. Jackson of the law firm Roberts & Stevens, P.A. gives his notice of appearance in this case as an additional attorney for Defendants Robin Bryson and Mission Hospital, Inc.

This 22nd day of September, 2022.

ROBERTS & STEVENS, P.A.

By:   s/ Phillip T. Jackson
      PHILLIP T. JACKSON
      State Bar No. 21134
      *Attorney for Defendants Bryson &*
       *Mission Hospital, Inc.*
      Post Office Box 7647
      Asheville, NC 28802
      (828) 252-6600
      pjackson@roberts-stevens.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing *Notice of Appearance* was served upon the all parties in the above entitled action via CM/ECF filing and by depositing a copy, contained in a first-class postage-paid wrapper, into a depository under the exclusive care and custody of the United States Postal Service, addressed as follows:

Bro. T. Hesed-El
c/o Taqi El Agabey Mgmt.
30 North Gould Street, Suite R
Sheridan, WY 82801

This 22nd day of September, 2022.

           ROBERTS & STEVENS, P.A.

       By: s/ Phillip T. Jackson
          PHILLIP T. JACKSON