**PLEASE SELECT ONE OF THE OPTIONS BELOW:**

☑ I choose to participate in the WDNC Pro Se Settlement Assistance Program. By signing this form, I acknowledge that any assistance rendered to me by a volunteer attorney will be limited to efforts to settle the case through a settlement conference and that the volunteer attorney will not be obligated to assist me with any other part of the litigation process. I can be contacted at

Phone: 762-333-2075   Email: teamwork3@gmail.com
762-333-2075

☐ I choose NOT to participate in the WDNC Pro Se Settlement Assistance Program. I understand that I may still be required to attend a settlement conference as directed by the Court.

Date: 9/26/22

_____
Signature of Pro Se Litigant

Bro. T. Hesed-EL
Print Name

1:21-cv-00305-MR-WCM
Case Number

PLEASE COMPLETE THIS FORM AND RETURN IT
WITHIN FOURTEEN (14) DAYS OF RECEIPT
TO THE
U. S. DISTRICT CLERK OF COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
AT ONE OF THE ADDRESSES LISTED BELOW:

| Asheville Division | Charlotte Division | Statesville Division |
|---|---|---|
| 100 Otis St. | 401 W Trade St. | 200 W. Broad St. |
| Rm. 309 | Rm. 210 | Rm. 304 |
| Asheville NC 28801 | Charlotte NC 28202 | Statesville NC 28677 |

Case 1:21-cv-00305-MR-WCM   Document 94   Filed 09/12/22   Page 3 of 3
Case 1:21-cv-00305-MR-WCM   Document 99   Filed 09/26/22   Page 1 of 3

FILED
Asheville, NC
SEP 26 2022
Clerk, US District Court
Western District of NC

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF NORTH CAROLINA

**NOTICE OF AVAILABILITY OF PRO SE SETTLEMENT ASSISTANCE PROGRAM**

| | |
|---|---|
| Taqi Eyr Hhamul Hesed El, | ) |
| | ) |
| vs. | ) |
| | ) Case No. 1:21-cv-00305-MR-WCM |
| | ) |
| Robin Bryson, et al. | ) |

FILED
ASHEVILLE, NC

SEP 26 2022

U.S. DISTRICT COURT
W. DISTRICT OF N.C.

The Western District of North Carolina has implemented the WDNC Pro Se Settlement Assistance Program ("Program"), a court-wide program that allows a pro se litigant to have the benefit of an attorney at a court-ordered settlement conference. Through the Program, volunteer attorneys provide free legal assistance to pro se parties regarding settlement of their cases, including attending and assisting parties in connection with settlement conferences. The volunteer attorney, who is appointed by the Judge presiding over the case, will assist you in preparing for the settlement conference and shall participate in the settlement conference on your behalf. While the assistance that is provided by Program attorneys is free, you will be required to pay a portion of the costs of mediation, including the mediator fee, unless the Court determines that you are indigent or you reach some other agreement with the other party or parties to your case regarding payment of the costs.

If a settlement is reached, the volunteer attorney will assist you in drafting a settlement agreement and other documents that may need to be filed with the Court in

order to close the case. If a settlement is not reached after diligent efforts, the volunteer attorney's participation in the case will end.

Your participation in the Program is entirely voluntary. You will be assigned a volunteer attorney only if you so indicate on this form below and return it to the Clerk's Office within fourteen (14) days from the date on which you received it. If you elect not to participate in the Program, you may still be required to attend a settlement conference as directed by the Court.

**BE ADVISED THAT a volunteer attorney will provide assistance under the Program only with respect to advice, preparation, and participation in the settlement conference. The volunteer attorney's representation will not extend to any other part of the litigation process. If settlement is not reached at the settlement conference, the volunteer attorney's representation will end automatically and the volunteer attorney will no longer represent you in any capacity.**

NOTE: Local Rule 16.1 normally requires you and the other represented parties in this action to confer and conduct an Initial Attorney's Conference ("IAC") within fourteen (14) days of joinder of the issues. The requirement to conduct an IAC is tolled, however, during your fourteen (14) day opt in period.