FILED: September 29, 2022

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-2002
(1:21-cv-00305-MR-WCM)

_____

TAQI EYR HHAMUAL HESED EL a/k/a Bro T. Hesed-El

        Plaintiff - Appellant

v.

ROBIN BRYSON, Licensed Clinical Social Worker, in his individual and official capacity; MISSION HOSPITAL, INC.; ANC HEALTHCARE, INC.; ADAM HERZOG, Employee of Mission Hospital and/or ANC; STIRLING BARLOW, Employee of Mission Hospital and/or ANC

        Defendants - Appellees

and

JOHN DOE, Hospital Does 1-20, in their individual and official capacities

        Defendants

_____

O R D E R

_____

The court grants leave to proceed in forma pauperis.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk