IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CIVIL NO. 1:21-cv-00305-MR-WCM

TAQI EYR HHAMUL HESED EL
a/k/a "Bro. T. Hesed-El
    Plaintiff(s),

vs.

ROBIN BRYSON, et al.,

    Defendant(s).

CERTIFICATION AND REPORT OF FED. R. CIV. P. 26(F) CONFERENCE AND DISCOVERY PLAN

*Please fill in or check the appropriate blanks (print legibly) to certify completion of the Rule 26(f) Attorneys' Conference and provide the required information to the Court. Where the parties were unable to agree on a specific provision or item, please so note and attach any necessary explanation. Please note that this information will be used as a guideline by the judge conducting the Initial Pretrial Conference or issuing the Initial Pretrial Order.*

1. Certification of Conference. Pursuant to Fed. R. Civ. P. 26(f), a meeting was held on September 23, 2022 *(date)* [ ] at _____ *(place)* or [✓] by telephone and was conducted by the undersigned counsel for the designated parties in the above captioned case.

2. Pre-Discovery Disclosures. The information required by Fed. R. Civ. P. 26(a)(1) *(check one)* [ ] has been exchanged [✓] will be exchanged by October 31, 2022 *(date)*.

3. Discovery Plan. The parties jointly propose to the court the following discovery plan:

   [*Use separate paragraphs or subparagraphs as necessary if parties disagree.*]

   a) All discovery shall be commenced in time to be completed by July 12, 2023 *(date)*. [*If needed*] Discovery on _____ *(identify any issues requiring early discovery)* will be completed by _____ *(date)*.

b) Discovery Limits:
1) Maximum of _20_ (ordinarily 20) interrogatories by each party to any other party.
2) Maximum of _20_ (ordinarily 20) requests for admission by each party to any other party.
3) Maximum of _6_ depositions by plaintiff(s) and _6_ by defendant(s) *(ordinarily 6 each)* [or ___ by *each* plaintiff and ___ by *each* defendant].

c) Reports from retained experts under Rule 26(a)(2) will be due:
-from plaintiff(s) by _February 28, 2023_ *(date)*
-from defendant(s) by _March 28, 2023_ *(date)*
Supplementations under Rule 26(e) due _within 30 days_ *(list times(s) or interval(s))*

4. Other Items. *[Attach separate paragraphs as necessary if parties disagree.]*
a) The parties [✓] request [ ] do not request a conference with the court before entry of the scheduling order.

b) All potentially dispositive motions should be filed by _September 15, 2023_ *date, ordinarily one month after the close of discovery).*

c) Settlement:
[ ] is likely
[ ] is unlikely
[ ] cannot be evaluated prior to _____ *(date)*
[✓] may be enhanced by use of the following ADR procedure:
  [✓] mediated settlement conference
  [ ] binding arbitration
  [ ] other _____

The parties agree that the above selected ADR procedure would be most useful if conducted:
[ ] after resolution of any outstanding dispositive motions, but prior to further discovery;
[ ] after an initial round of preliminary discovery to be completed by _____ *(date)*;
[ ] after the completion of discovery;
[ ] after resolution of summary judgment motions, if any;
[ ] not applicable.

d) Final lists of witnesses and exhibits under Rule 26(a)(3) are due:
from plaintiff(s) by _30 days prior to trial_ *(date)*
from defendant(s) by _20 days prior to trial_ *(date)*

2

e) If the case is ultimately tried, trial is expected to take approximately 3-5 days.

f) [ ] The parties have discussed the issue of consent to the jurisdiction of a U.S. Magistrate Judge, and [ ] there is [✓] there is not unanimous consent. [*If the parties unanimously consent to Magistrate Judge jurisdiction, the parties shall also file with the Court a Notice, Consent, and Reference of a Civil Action to a Magistrate Judge (AO 85)*].

5. Please identify any other matters regarding discovery or case management which may require the Court's attention (e.g., concerns re: confidentiality, protective orders, preservation of ESI materials, unmovable scheduling conflicts, etc.):

| /s/Richard Daniels | Defendants Mission and Bryson | 9-30-22 | | | |
|---|---|---|---|---|---|
| *Plaintiff's Counsel* | *Party* | *Date* | *Defendant's Counsel* | *Party* | *Date* |
| /s/Phillip Jackson | Defendants Mission and Bryson | 9-30-22 | | | |
| *Plaintiff's Counsel* | *Party* | *Date* | *Defendant's Counsel* | *Party* | *Date* |
| *Plaintiff's Counsel* | *Party* | *Date* | *Defendant's Counsel* | *Party* | *Date* |
| *Plaintiff's Counsel* | *Party* | *Date* | *Defendant's Counsel* | *Party* | *Date* |

e)  If the case is ultimately tried, trial is expected to take approximately 3-5 days.

f)  [ ] The parties have discussed the issue of consent to the jurisdiction of a U.S. Magistrate Judge, and [ ] there is [✓] there is not unanimous consent. [*If the parties unanimously consent to Magistrate Judge jurisdiction, the parties shall also file with the Court a Notice, Consent, and Reference of a Civil Action to a Magistrate Judge (AO 85)*].

5. Please identify any other matters regarding discovery or case management which may require the Court's attention (e.g., concerns re: confidentiality, protective orders, preservation of ESI materials, unmovable scheduling conflicts, etc.):


_____  Bro. T. Hesed-El 9/29/2022

| Plaintiff's Counsel | Party | Date | Defendant's Counsel | Party | Date |

| Plaintiff's Counsel | Party | Date | Defendant's Counsel | Party | Date |

| Plaintiff's Counsel | Party | Date | Defendant's Counsel | Party | Date |

| Plaintiff's Counsel | Party | Date | Defendant's Counsel | Party | Date |

3

**ADDITIONAL NOTES** to:

**CERTIFICATION AND REPORT
OF FED. R. CIV. P. 26(F)
CONFERENCE AND DISCOVERY PLAN**

### SECTIONS 3(a) & (c) and 4(a) & (c):

The deadlines in these sections are farther out than would accommodate a trial 14 months following the joinder of issues, due to a trial that defense counsel already has scheduled for December 4, 2023.

### SECTION 3(c):

The supplementation will be due within 30 days of discovery of the information to be supplemented.

### SECTION 4(a):

The parties request that this conference **not** be scheduled: (1) between October 3 and October 14 because of vacation plans booked months ago by defense counsel; (2) between October 14 and October 21 because of religious obligations of the Plaintiff; or (3) on October 24, due to a scheduled medical procedure for defense counsel.

### SECTION 5:

The parties anticipate that they may need a Protective Order to allow for the exchange of medical records, involuntary commitment records and other confidential information. The parties will work together on drafting a Consent Protective Order to be presented to the Court. If the parties cannot reach an agreement on a Protective Order, they will notify the Court.