IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CIVIL NO. 1:21-cv-00305-MR-WCM

TAQI EYR HHAMUL HESED EL )
a/k/a "Bro. T. Hesed-El" )
    Plaintiff(s), )  CERTIFICATION AND REPORT
  vs. ) OF FED. R. CIV. P. 26(F)
) CONFERENCE AND
) DISCOVERY PLAN
Robin Bryson, et al., )
    Defendant(s). )

*Please fill in or check the appropriate blanks (print legibly) to certify completion of the Rule 26(f) Attorneys' Conference and provide the required information to the Court. Where the parties were unable to agree on a specific provision or item, please so note and attach any necessary explanation. Please note that this information will be used as a guideline by the judge conducting the Initial Pretrial Conference or issuing the Initial Pretrial Order.*

1. Certification of Conference. Pursuant to Fed. R. Civ. P. 26(f), a meeting was held on 5/18/2022 *(date)* [ ] at _____ *(place)* or [✔] by telephone and was conducted by the undersigned counsel for the designated parties in the above captioned case.

2. Pre-Discovery Disclosures. The information required by Fed. R. Civ. P. 26(a)(1) *(check one)* [ ] has been exchanged [✔] will be exchanged by June 30, 2023 *(date)*.

3. Discovery Plan. The parties jointly propose to the court the following discovery plan:

    [*Use separate paragraphs or subparagraphs as necessary if parties disagree.*]

    a) All discovery shall be commenced in time to be completed by March 31, 2024 *(date)*. [*If needed*] Discovery on _____ *(identify any issues requiring early discovery)* will be completed by _____ *(date)*.

b) Discovery Limits:
1) Maximum of 20____ *(ordinarily 20)* interrogatories by each party to any other party.
2) Maximum of 20____ *(ordinarily 20)* requests for admission by each party to any other party.
3) Maximum of 6____ depositions by plaintiff(s) and 6____ by defendant(s) *(ordinarily 6 each)* [or ___ by *each* plaintiff and ___ by *each* defendant].

c) Reports from retained experts under Rule 26(a)(2) will be due:
-from plaintiff(s) by September 4, 2023_____ *(date)*
-from defendant(s) by October 4, 2023_____ *(date)*
Supplementations under Rule 26(e) due within 30 days__ *(list times(s) or interval(s))*

4. Other Items. [*Attach separate paragraphs as necessary if parties disagree.*]
a) The parties [✔] request [ ] do not request a conference with the court before entry of the scheduling order.

b) All potentially dispositive motions should be filed by February 5, 2024_____ *date, ordinarily one month after the close of discovery).*

c) Settlement:
[ ] is likely
[✔] is unlikely
[ ] cannot be evaluated prior to _____ *(date)*
[ ] may be enhanced by use of the following ADR procedure:
    [ ] mediated settlement conference
    [ ] binding arbitration
    [ ] other _____

The parties agree that the above selected ADR procedure would be most useful if conducted:
[ ] after resolution of any outstanding dispositive motions, but prior to further discovery;
[ ] after an initial round of preliminary discovery to be completed by _____ *(date)*;
[ ] after the completion of discovery;
[ ] after resolution of summary judgment motions, if any;
[ ] not applicable.

d) Final lists of witnesses and exhibits under Rule 26(a)(3) are due:
from plaintiff(s) by 30 days prior to trial_____ *(date)*
from defendant(s) by 20 days prior to trial_____ *(date)*

2

e) If the case is ultimately tried, trial is expected to take approximately 3-5 days.

f) [ ] The parties have discussed the issue of consent to the jurisdiction of a U.S. Magistrate Judge, and [ ] there is [✔] there is not unanimous consent. [*If the parties unanimously consent to Magistrate Judge jurisdiction, the parties shall also file with the Court a Notice, Consent, and Reference of a Civil Action to a Magistrate Judge (AO 85)*].

5. Please identify any other matters regarding discovery or case management which may require the Court's attention (e.g., concerns re: confidentiality, protective orders, preservation of ESI materials, unmovable scheduling conflicts, etc.):

| Plaintiff's Counsel | Party | Date | Defendant's Counsel | Party | Date |
|---|---|---|---|---|---|
| | Brother T. Hesed-El | 5/18/2023 | /s/Richard Daniels | Mission and Bryson | 5/19/23 |
| | | | /s/Phillip Jackson | Mission and Bryson | 5/19/23 |
| | | | /s/Daniel Walsh | Mission and Bryson | 5/19/23 |
| | | | | | |

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL ACTION NO. 1:21-CV-305-MR-WCM

| | |
|---|---|
| TAQI EYR HHAMUL HESED EL, a/k/a "Bro. T. Hesed-El", <br><br> Plaintiff, <br><br> v. <br><br> ROBIN BRYSON, et al., <br><br> Defendants. | **Additional Notes <br> To Certification and Report of Fed. R. Civ. P. Rule 26(f) Conference and Discovery Plan** |

The parties respectfully submit the following additional notes:

1. **Section 3(c)**

Supplementation will be due within 30 days of the discovery of the information to be supplemented.

2. **Section 5**

The parties anticipate that they may need a Protective Order to allow for the exchange of medical records, involuntary commitment records, and other confidential information. The parties will work together on drafting a Consent Protective Order to be presented to the Court. If the parties cannot reach an agreement on a Protective Order, they will notify the Court.