IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

BRO. T. HESED-EL, )
)
    Plaintiff, ) Civil Action No. **1:21-cv-305-MR-WCM**
v. )
) FILED
) ASHEVILLE, NC
ROBIN BRYSON, et al., )
) JUN 0 2 2023
    Defendants. )
U.S. DISTRICT COURT
W. DISTRICT OF N.C.

### PLAINTIFF'S CONDITIONAL MOTION TO AMEND COMPLAINT IF THE COURT REFUSES TO CLARIFY ITS AUGUST 16 ORDER

COMES NOW Plaintiff Brother T. Hesed-El ("Plaintiff"), and hereby files this conditional motion as an alternative if the Court refuses to clarify its August 16 Order. Pursuant to Local Rule 7.1(b), Plaintiff conferred with defendants' counsel on April 27, 2023, regarding his motion to file a 2nd Amended Complaint. Defendants' counsel indicated that they would oppose the motion.

To be clear, Plaintiff's proposed pleading does not reassert claims against one or more dismissed parties. To keep the proposed amendment clean, Plaintiff has redacted the dismissed parties from the proposed pleading.

### PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays that this conditional motion is granted as alternative relief *if* the Court refuses to clarify its August 16 Order.

Respectfully submitted this 9th day of Dhu'l-Qi'dah, 1444 A.H.

Brother T. Hesed-El, Plaintiff *pro se*

**Mailing Address:**
Brother T. Hesed-El, Plaintiff
c/o TAQI EL AGABEY MANAGEMENT
30 N Gould St, Ste. R, Sheridan, WY 82801
Ph: (762) 333-2075 / teamwork3@gmail.com

## CERTIFICATE OF SERVICE

This certifies that PLAINTIFF'S CONDITIONAL MOTION TO AMEND COMPLAINT IF THE COURT REFUSES TO CLARIFY ITS AUGUST 16 ORDER has been sealed in an envelope with post-paid postage affixed thereon, and deposited into the exclusive custody of the United States Post Office, to ensure delivery to:

**Robin Bryson and Mission Hospital Inc.**
℅ Attorneys Daniel H. Walsh, Phillip T. Jackson, and Richard S. Daniels
ROBERTS & STEVENS, P.A.
Post Office Box 7647
Asheville, North Carolina 28802
dwalsh@roberts-stevens.com
pjackson@roberts-stevens.com
rsd@psrmlaw.com

This 30th day of May 2023 A.D.

Brother T. Hesed-El, Plaintiff *pro se*