IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:21-cv-00305-MR-WCM

| | |
|---|---|
| TAQI EYR HHAMUL HESED EL A/K/A BRO T. HESED-EL, <br><br> Plaintiff, <br><br> v. <br><br> ROBIN BRYSON *Licensed Clinical Social Worker, in her individual and official capacity;* and **MISSION HOSPITAL, INC.**, <br><br> Defendants. | ORDER |

This matter is before the Court on "Plaintiff's Conditional Motion to Amend Complaint if the Court Refuses to Clarify its August 16 Order" (the "Conditional Motion," Doc. 120).

On June 2, 2023, Plaintiff filed a "Motion to Clarify the Court's August 16 Order" (the "Motion to Clarify," Doc. 118), as well as the Conditional Motion. Specifically, Plaintiff requests that, in the event his Motion to Clarify is denied, his Conditional Motion, by which he seeks leave to amend his complaint, be granted.

1

Because the Conditional Motion seeks relief only in the event the Motion to Clarify is denied[1], the Conditional Motion is premature.

Accordingly, "Plaintiff's Conditional Motion to Amend Complaint if the Court Refuses to Clarify its August 16 Order" (Doc. 120) is **DENIED WITHOUT PREJUDICE**.

Signed: September 7, 2023

W. Carleton Metcalf
United States Magistrate Judge

---

[1] The Motion to Clarify is pending before the presiding district judge.