# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| BRO. T. HESED-EL, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. **1:21-cv-305-MR-WCM** |
| v. ) | |
| ) | FILED |
| ROBIN BRYSON, et al., ) | ASHEVILLE, NC |
| ) | SEP 11 2023 |
| Defendants. ) | |
| | U.S. DISTRICT COURT |
| | W. DISTRICT OF N.C. |

## MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION TO AMEND

On September 7, 2023, the Court denied Plaintiff's conditional motion to amend ("motion") without prejudice. Doc. 125. The Court stated that the motion was filed prematurely. Prior to that, Plaintiff requested to amend his complaint but did articulate well enough to the Court in that filing that he had conferred with the defendants' counsel prior and was not reasserting claims against dismissed parties. The present motion and memorandum cure all those deficiencies.

## THE PROPOSED PLEADING IS ESSENTIALLY THE SAME AS DOC. 14

The attached proposed pleading is identical to the operative complaint, Doc. 14, except for:

(1) It is retitled as Second Amended Complaint;

(2) Crossed-out the dismissed parties *(not reasserting against them in proposed pleading)*;

(3) Relabeled his existing allegations as **COUNT VI – MEDICAL NEGLIGENCE** at the end of the complaint. As shown, the paragraphs within that count were copied from Doc. 14 and pasted in the proposed Second Amended Complaint as Count VI, ¶¶ 71-75; and

Those paragraphs are the same allegations served on the defendants to commence this action. They've had ample notice of Plaintiff's claims and the ground upon which they rest. The only substantial change is the label/header above the allegations.

## CONCLUSION

Plaintiff argues that there are no reasonable grounds to deny this motion.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays that the motion is granted.

Respectfully this 22nd day of Safar, 1445 A.H.

Brother T. Hesed-El, Plaintiff *pro se*

c/o TAQI EL AGABEY MANAGEMENT
30 N Gould St, Ste. R, Sheridan, WY 82801
Ph: (762) 333-2075 / teamwork3@gmail.com

## CERTIFICATE OF SERVICE

The undersigned certifies that the persons listed below have been served with this MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION TO AMEND, via Priority Mail.

**Robin Bryson and Mission Hospital Inc.**
℅ Attorney Daniel Walsh
Patla, Straus, Robinson & Moore, P.A.
Post Office Box 7625
Asheville, North Carolina 28802
dwalsh@roberts-stevens.com

This 8th day of September 2023 A.D.

_____
Brother T. Hesed-El, Plaintiff *pro se*