IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:21-cv-00305-MR-WCM

TAQI EYR HHAMUL HESED EL )
A/K/A BRO T. HESED-EL, )
　　　　　　　　　　　　　　　)
　　　　Plaintiff, )
　　　　　　　　　　　　　　　) ORDER
　v. )
　　　　　　　　　　　　　　　)
ROBIN BRYSON )
*Licensed Clinical Social Worker,* )
*in her individual and official capacity*, )
MISSION HOSPITAL, INC., )
　　　　　　　　　　　　　　　)
　　　　Defendants. )

This matter is before the Court *sua sponte* for case management purposes.

On September 8, 2023, an Initial Pretrial Conference was scheduled for September 27, 2023.

On September 11, 2023, Plaintiff filed a Motion to Amend Complaint (the "Motion," Doc. 126).[1]

To ensure the continued and timely progress of this case, the undersigned will conduct a hearing on the Motion at the same time as the

---

[1] A prior "Conditional Motion to Amend Complaint " was denied without prejudice on September 7, 2023. Doc. 125.

Initial Pretrial Conference.

Consequently, and in order to provide sufficient time for the parties' positions to be considered prior to that hearing, Defendants' deadline for filing a response to the Motion will be shortened.

**IT IS THEREFORE ORDERED THAT:**

1. The deadline for Defendants to respond to the Motion is **SET** for **September 20, 2023**.

2. The Clerk is respectfully directed to schedule a hearing on the Motion (Doc. 126) at the same time as the Initial Pretrial Conference.

Signed: September 12, 2023

W. Carleton Metcalf
United States Magistrate Judge