# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTEN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CASE NO. 1:21 CV 00305-MR-WCM

| | |
|---|---|
| BRO T. HESED-EL, ) | |
| Plaintiff, ) | |
| vs. ) | **MOTION TO WITHDRAW** |
| ROBIN BRYSON, et. al., ) | |
| Defendant. ) | |

NOW COMES the undersigned attorney of record for Defendants and moves the Court pursuant to Rule 83.1(f) of the Local Rules of the U.S. District Court for the Western District of North Carolina for an Order allowing the undersigned to withdraw as counsel of record in this action.

In support of this Motion, the undersigned shows unto the Court the following:

1. Defendants Robin Bryson and Mission Hospital, Inc. have consented to this Motion, as indicated by the attached written consents.

2. Defendants Robin Bryson and Mission Hospital, Inc. are also represented herein by attorneys Phillip T. Jackson and Daniel H. Walsh of the law firm of Roberts & Stevens, P.A., have been represented by said attorneys since September 22, 2022 and March 6, 2023 respectively, and will continue to hereafter be represented by said attorneys.

1

3. The Plaintiff has also consented to this Motion.

4. Good cause exists for this Motion in that the undersigned anticipates retiring from the practice of law at the end of 2023, and it appears likely that this action will not be fully resolved by that time.

Respectfully submitted this the 22nd day of September, 2023.

/ s/ Richard S. Daniels
N.C. Bar No. 8716
*Attorney for Defendants Robin Bryson, Mission Hospital, Inc.*
Patla, Straus, Robinson & Moore, P.A.
Post Office Box 7625
Asheville, North Carolina 28802
Telephone: (828) 255-7641
Facsimile: (828) 258-9222
rsd@psrmlaw.com (email)

# CERTIFICATE OF SERVICE

I hereby certify that on September 22, 2023, I served the foregoing *Motion to Withdraw* by electronically filing same with the Clerk of Court using the CM/ECF system and by depositing a copy, contained in a first-class postage-paid wrapper, into a depository under the exclusive care and custody of the United States Postal Service, addressed as follows:

| | |
|---|---|
| Bro. T. Hesed-El<br>c/o Taqi El Agabey Mgmt.<br>30 N. Gould Street, Suite R<br>Sheridan, WY 82801 | Robin Bryson<br>Mission Hospital, Inc.<br>c/o Phillip T. Jackson<br>Daniel H. Walsh<br>Roberts & Stevens, P.A.<br>P.O. Box 7647<br>Asheville, NC 28802 |

This the 22nd day of September, 2023.

/ s/ Richard S. Daniels
N.C. Bar No. 8716
*Attorney for Defendants Robin Bryson, Mission Hospital, Inc.*
Patla, Straus, Robinson & Moore, P.A.
Post Office Box 7625
Asheville, North Carolina 28802
Telephone: (828) 255-7641
Facsimile: (828) 258-9222
rsd@psrmlaw.com (email)

4

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTEN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CASE NO. 1:21 CV 00305-MR-WCM

BRO T. HESED-EL., )
      Plaintiff, )
       )
vs. ) **CONSENT TO WITHDRAWAL**
       )
ROBIN BRYSON, et. al., )
       )
      Defendant. )

NOW COMES Defendant Robin Bryson, 22 Sunny Ridge Drive, Asheville, NC 28804, and hereby consents to the withdrawal of Richard S. Daniels and Patla, Straus, Robinson & Moore, P.A. as one of my attorneys of record in this action.

This the 22 day of September, 2023.

_____
Robin Bryson

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTEN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CASE NO. 1:21 CV 00305-MR-WCM

| | |
|---|---|
| BRO T. HESED-EL, ) | |
| Plaintiff, ) | |
| vs. ) | **CONSENT TO WITHDRAWAL** |
| ROBIN BRYSON, et. al., ) | |
| Defendant. ) | |

NOW COMES Defendant Mission Hospital, Inc., by and through Joseph H. Crawford, Claim Consultant, Med Pro Group, P.O. Box 98144, Raleigh, NC 27615, and hereby consents to the withdrawal of Richard S. Daniels and Patla, Straus, Robinson & Moore, P.A. as one of its attorneys of record in this action.

This the 13 TH day of September, 2023.

Mission Hospital, Inc.

By: _____

Title: Claim Consultant
MedPro Group