

**RECEIVED**
Asheville, NC

NOV 29 2023

Clerk, US District Court
Western District of NC

I'm recyc
velop

RT 876
12:00 1:00P
7533
11.29
B
FZ

ORIGIN ID:AVLA  (828) 254-0021
FEDEX OFFICE #3010

17 BRYSON ST

ASHEVILLE, NC 28803
UNITED STATES US

SHIP DATE: 28NOV23
ACTWGT: 0.30 LB
CAD: 6995730/SSF02460

BILL THIRD PARTY

TO **UNITED STATES COURTHOUSE**

**100 OTIS STREET**
**ROOM 309**
**ASHEVILLE NC 28801**

(828) 771-7200          REF:
PO:                                    DEP1:
THU!



**FedEx**
Express

E

REL/
3785346

TRK# 7871 2046 7533
0201

**WED – 29 NOV 12:00P**
**PRIORITY OVERNIGHT**

**27 AVLA**

**28801**
NC-US     **GSP**