

**RECEIVED**
Asheville, NC

NOV 29 2023

Clerk, US District Court
Western District of NC



ORIGIN ID:AVLA (828) 254-0021
FEDEX OFFICE #3010
17 BRYSON ST
ASHEVILLE, NC 28803
UNITED STATES US

SHIP DATE: 28NOV23
ACTWGT: 0.30 LB
CAD: 6995730/SSF02460

BILL THIRD PARTY

TO **UNITED STATES COURTHOUSE**
**100 OTIS STREET**
**ROOM 309**
**ASHEVILLE NC 28801**
(828) 771-7200

FedEx Express
E
REL# 3785346

TRK# 7871 2046 7533
0201

WED - 29 NOV 12:00P
PRIORITY OVERNIGHT

**27 AVLA**
NC-US GSP
28801



RT 876 1 FZ 12:00 B 11.29 7533