

**RECEIVED**
Asheville, NC

NOV 29 2023

Clerk, US District Court
Western District of NC



ORIGIN ID:AVLA (828) 254-0021  SHIP DATE: 28NOV23
FEDEX OFFICE #3010              ACTWGT: 0.30 LB
                                CAD: 6995730/SSF02460
17 BRYSON ST
ASHEVILLE, NC 28803             BILL THIRD PARTY
UNITED STATES US

TO **UNITED STATES COURTHOUSE**

**100 OTIS STREET**
**ROOM 309**
**ASHEVILLE NC 28801**
(828) 771-7200    REF:
INV:
PO:               DEPT:

FedEx Express
REL# 3785346

WED — 29 NOV 12:00P
TRK# 7871 2046 7533   PRIORITY OVERNIGHT
0201

**27 AVLA**           28801
                      NC-US  GSP



RT 876 1 12:00 FZ B

Case 1:21-cv-00305-MR-WCM   Document 146-2   Filed 11/29/23   Page 1 of 1