**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
Civil Action No. 1:21-cv-305-MR-WCM

FILED
ASHEVILLE, NC

MAR 04 2024

U.S. DISTRICT COURT
W. DISTRICT OF N.C.

| | |
|---|---|
| BROTHER T. HESED-EL, | ) |
| Plaintiff, | ) |
| v. | ) **MOTION TO WITHDRAW** |
| | ) **EXPERT WITNESS** |
| ROBIN BRYSON, et al., | ) |
| Defendants. | ) |

COMES NOW, Plaintiff Brother T. Hesed-El, and hereby respectfully moves the Court to grant him leave to withdraw his testifying expert witness.[1] Pursuant to Rule 7.1, defendants' counsel has consented to this motion.

WHEREFORE, Plaintiff prays that this motion is granted.

Respectfully, this __23__ day of Sha'ban in the year 1445 A.H.

/s/ Brother T. Hesed-El, ARR
**Bro. T. Hesed-El, Plaintiff** *pro se*
c/o TAQI EL AGABEY MANAGEMENT
30 N Gould St, Ste. R, Sheridan, WY 82801
Ph: (762) 333-2075 / teamwork3@gmail.com

---

[1] On December 1, 2023, Paintiff designated a medical doctor/psychiatrist as his testifying expert witness. Any experts designated by Plaintiff after that date are not the subject of this motion.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that this MOTION TO WITHDRAW EXPERT WITNESS has been sealed in an envelope with sufficient postage affixed thereon, and deposited into the exclusive custody of the United States Post Office, to ensure delivery to:

**Robin Bryson and Mission Hospital Inc.**
℅ Attorney Daniel H. Walsh
ROBERTS & STEVEN, P.A.
Post Office Box 7647
Asheville, North Carolina 28802
dwalsh@roberts-steven.com

March 04, 2024

/s/ *Brother T. Hesed-El, ARR*
**Bro. T. Hesed-El, Plaintiff** *pro se*