IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
Civil Action No. 1:21-cv-305-MR-WCM

FILED
ASHEVILLE, NC

MAR 04 2024

U.S. DISTRICT COURT
W. DISTRICT OF N.C.

| | |
|---|---|
| BROTHER T. HESED-EL, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | MOTION TO RE-DESIGNATE |
| ) | EXPERT WITNESSES |
| ROBIN BRYSON, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

COMES NOW, Plaintiff Brother T. Hesed-El ("Plaintiff"), pursuant to Rule 26 of the Federal Rules of Civil Procedure, and hereby respectfully moves the Court to grant him leave to change the designation of his expert witnesses. Pursuant to Local Rule 7.1, the parties have consulted on this matter and the defendants oppose this motion.

WHEREFORE, Plaintiff prays that the Court will grant this motion.

Respectfully, this __23__ day of Sha'ban in the year 1445 A.H.

/s/ Brother T. Hesed-El, ARR
**Bro. T. Hesed-El, Plaintiff** *pro se*
c/o TAQI EL AGABEY MANAGEMENT
30 N Gould St, Ste. R, Sheridan, WY 82801
Ph: (762) 333-2075 / teamwork3@gmail.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that this MOTION TO RE-DESIGNATE EXPERT WITNESSES has been sealed in an envelope with sufficient postage affixed thereon, and deposited into the exclusive custody of the United States Post Office, to ensure delivery to:

**Robin Bryson and Mission Hospital Inc.**
℅ Attorney Daniel H. Walsh
ROBERTS & STEVEN, P.A.
Post Office Box 7647
Asheville, North Carolina 28802
dwalsh@roberts-steven.com

March 4, 2024

/s/ *Brother T. Hesed-El, ARR*
**Bro. T. Hesed-El, Plaintiff** *pro se*