**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
Civil Action No. 1:21-cv-305-MR-WCM

FILED
ASHEVILLE, NC

MAR 0 4 2024

U.S. DISTRICT COURT
W. DISTRICT OF N.C.

| | |
|---|---|
| BROTHER T. HESED-EL, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> ROBIN BRYSON, et al., ) <br> ) <br> Defendants. ) <br> ) | MOTION TO COMPEL DISCOVERY |

COMES NOW, Plaintiff Brother T. Hesed-El ("Plaintiff"), pursuant to the Court's Pretrial Order and Case Management Plan, dated October 16, 2023, and Plaintiff's Rule 37 Discovery Dispute letters dated February 23, 2024 and March 2, 2024, and hereby respectfully moves the Court to compel the defendants to provide sufficient discovery responses. Pursuant to Local Rule 7.1, the parties have consulted on these matters and Defendants oppose this motion.

WHEREFORE, Plaintiff prays that this motion is granted.

Respectfully, this 23rd day of Sha'ban in the year 1445 A.H.

/s/ Brother T. Hesed-El, ARR
**Bro. T. Hesed-El, Plaintiff** *pro se*
c/o TAQI EL AGABEY MANAGEMENT
30 N Gould St, Ste. R, Sheridan, WY 82801
Ph: (762) 333-2075 / teamwork3@gmail.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that this MOTION TO COMPEL DISCOVERY has been sealed in an envelope with sufficient postage affixed thereon, and deposited into the exclusive custody of the United States Post Office, to ensure delivery to:

**Robin Bryson and Mission Hospital Inc.**
℅ Attorney Daniel H. Walsh
ROBERTS & STEVEN, P.A.
Post Office Box 7647
Asheville, North Carolina 28802
dwalsh@roberts-steven.com

March 4, 2024

/s/ Brother T. Hesed-El, ARR
**Bro. T. Hesed-El, Plaintiff** *pro se*