# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
### Asheville Division
### CASE NO.: 1:21CV00305-MR-WCM

**TAQI EYR HHAMUL HESEL-EL,**
a/k/a BRO. T. HESED-EL,

    **Plaintiff,**

    v.                       **REPORT OF MEDIATOR**

**ROBIN BRYSON, Licensed Clinical Social Worker, in her individual capacity and official capacity, and MISSION HOSPITAL,**

    **Defendants**

The undersigned mediator reports the following result of a Mediated Settlement Conference held on March 5, 2024.

The following individuals, parties, corporate representatives, and/or claims professionals attended and were available to participate in the session, and the appropriate individuals possessed the requisite settlement authority:

- X    All individual parties and their counsel. (Defendant Bryson appeared at previous mediation and was represented by counsel and insurance representative at this one; no objection raised as to her absence.)
- X    Designated corporate representatives.
- X    Required claims professionals.
- ☐    Other (Describe).

The following individuals, parties, corporate representatives, and/or claims professionals failed to appear and/or failed to participate as ordered: None (see note above about defendant Bryson).

The outcome of the Mediation Session was:

- X    The parties have reached an impasse.

- ☐    The case has been completely settled. Counsel will promptly notify the

Court of settlement by:

☐ The filing of a settlement agreement signed by the parties within thirty (30) days of the filing of this report.

☐ The filing of a stipulation of dismissal signed by the parties within thirty (30) days of the filing of this report.

☐ The case has been partially resolved. Counsel will file a joint stipulation regarding those claims which have been resolved within thirty (30) days of the filing of this report. The report shall also contain a brief summary of the remaining issues for the Court to resolve.

I certify that the above is a true and accurate report regarding the result of the Mediated Settlement Conference.

Date: March 5, 2024

/s/ Frank Goldsmith
FRANK GOLDSMITH, Mediator
GOLDSMITH RESOLUTIONS
P.O. Box 102
Fairview, NC 28730
Tel. (828) 230-6977
E-mail: frank@goldsmithresolutions.com

**************************************

## CERTIFICATE OF SERVICE

I hereby certify that I have this date served counsel of record for all parties with the attached Report of Mediator by causing a copy thereof to be sent via e-mail through the Court's ECF system.

This the  5th  day of  March , 2024.

 s/Frank Goldsmith
FRANK GOLDSMITH
Mediator