FILE 1ST

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
Civil Action No. 1:21-cv-305-MR-WCM

FILED
ASHEVILLE, NC
MAR 12 2024
U.S. DISTRICT COURT
W. DISTRICT OF N.C.

| | |
|---|---|
| BROTHER T. HESED-EL, ) | |
| ) | **URGENT** |
| Plaintiff, ) | |
| v. ) | MOTION TO RESCHEDULE HEARING |
| ) | AND APPEAR REMOTELY |
| ROBIN BRYSON, et al., ) | |
| ) | |
| Defendants. ) | |

COMES NOW Plaintiff Brother T. Hesed-El ("Plaintiff") and hereby respectfully moves the Court to reschedule the March 25, 2024 hearing; grant Plaintiff leave to appear remotely; and grant Plaintiff leave to continue signing his original documents with an electronic signature. Pursuant to Local Rule 7.1, the parties have conferred on this matter and the defendants' counsel consents to rescheduling the hearing but opposes Plaintiff's remote appearance.

The grounds in support of this motion are as follows.

1) Plaintiff must be present for a pre-existing appointment scheduled for March 25, 2024. Due to the unchangeable nature that necessitates the procedure scheduled for that date, Plaintiff is unable to change the date of the procedure without potentially causing injury. Although the procedure is private, Plaintiff is willing to disclose the nature of the procedure via the judge's chambers in the presence of opposing counsel.

2) Plaintiff is currently overseas and has been outside of the United States of America for several months. He is scheduled to return later in the year for trial. Plaintiff and his family cannot afford the costs that would result from his traveling to North Carolina at this time. Plaintiff is unable to physically be away from his family at this time given the nature of the procedure and life events referenced in the paragraph above.

3) Given Plaintiff's presence overseas, hand signing court documents and mailing them internationally would place an unfair burden on Plaintiff in terms of cost and the time available to file. For these reasons, Plaintiff has repeatedly marked his filings as

**ORIGINAL DOCUMENT** and signed with an electronic signature. Most recently, however, the Clerk called out Plaintiff's filing as not bearing an original signature.

It is Plaintiff's understanding that by marking his court filings as originals, he has substantially complied with the administrative rules of this court, Part III – CONVENTIONAL FILING OF DOCUMENTS, subpart A – PRO SE PARTIES. Given this court's disallowance of pro se parties to file electronically, this method of mailing documents through electronic means is the best workaround to avoid incurring delays and costs of mailing from another continent.

It is also Plaintiff's understanding that the potential harm of Plaintiff traveling internationally to attend any hearing prior to trial, albeit financial, emotional, or physical harm, far outweighs any arguments that the defendants may attempt to make against Plaintiff's remote appearance. This point cannot be overstated. It would be *extremely* burdensome if Plaintiff has to travel more than 5,000 miles, from an entirely different continent, to appear in person for a hearing.

### PRAYER FOR RELIEF

WHEREFORE, for all these reasons, Plaintiff prays for the following relief:

A) Direct the Clerk to reschedule the March 25, 2024 hearing to April 29, 2024; and
B) Grant Plaintiff leave to appear remotely for hearings and continue to sign his original documents electronically while he is stationed overseas.

Respectfully, this 27th day of Sha'ban in the year 1445 A.H.

/s/ *Brother T. Hesed-El, ARR*
**Bro. T. Hesed-El, Plaintiff** *pro se*
c/o TAQI EL AGABEY MANAGEMENT
30 N Gould St, Ste. R, Sheridan, WY 82801
Ph: (762) 333-2075 / teamwork3@gmail.com

## CERTIFICATE OF SERVICE

This certifies that a true and correct copy of this MOTION TO RESCHEDULE HEARING AND APPEAR REMOTELY has been sealed in an envelope with sufficient postage affixed thereon, and deposited into the exclusive custody of the United States Post Office, to ensure delivery to:

**Robin Bryson and Mission Hospital Inc.**
℅ Attorney Daniel H. Walsh
ROBERTS & STEVEN, P.A.
Post Office Box 7647
Asheville, North Carolina 28802
dwalsh@roberts-stevens.com

This 8th day of March in the Gregorian year 2024.

/s/ Brother T. Hesed-El, ARR
**Bro. T. Hesed-El, Plaintiff** *pro se*