FROM: (828) 254-0021  
FEDEX OFFICE  
17 BRYSON ST  
ASHEVILLE NC 28803  
US

SHIP DATE: 10MAR24  
ACTWGT: 2.00 LB MAN  
CAD: 0849522/CAFE3755

BILL SENDER

TO **TAQI EL**

**100 OTIS ST**
**ROOM 309**
**ASHEVILLE NC 28801**

INV:
PO:
REF:
DEPT:

FedEx Ground

**G**

RECEIVED
Asheville, NC

TRK# 7272 2239 4317

MAR 12 2024

Clerk, US District Court
Western District of NC 28801

9622 0019 0 (000 000 0000) 0 00 7272 2239 4317

386-2536

RECEIVED
Asheville, NC

MAR 1 2 2024

Clerk, US District Court
Western District of NC