```
FROM:           (828) 254-0021      SHIP DATE: 10MAR24
FEDEX OFFICE                        ACTWGT: 2.00 LB MAN
17 BRYSON ST                        CAD: 0849522/CAFE3755

ASHEVILLE NC 28803                  BILL SENDER
US
```

TO **TAQI EL**

**100 OTIS ST**
**ROOM 309**
**ASHEVILLE NC 28801**

(US)

FedEx Ground

G

TRK# 7272 2239 4317    MAR 12

Clerk, US District Court
Western District of 28801

9622 0019 0 (000 000 0000) 0 00 7272 2239 4317

386-2536

**RECEIVED**
Asheville, NC

MAR 1 2 2024

Clerk, US District Court
Western District of NC