# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
Civil Action No. 1:21-cv-305-MR-WCM

| | |
|---|---|
| BROTHER T. HESED-EL, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>ROBIN BRYSON, et al., )<br>)<br>Defendants. )<br>)<br>) | RULE 5.1 CONSTITUTIONAL<br>CHALLENGE TO A STATUTE |

Pursuant to Rule 5.1(a) of the Federal Rules of Civil Procedure, Brother T. Hesed-El ("Plaintiff") respectfully files this Notice of Constitutional Challenge to a Statute with the Court and notifies North Carolina's Attorney General of the same. In support, Plaintiff shows as follows:

1. This action was timely commenced on October 7, 2019, voluntarily dismissed on October 26, 2020, and renewed on October 18, 2021. Defendants Mission Hospital and Robin Bryson were both timely served with a copy of the summons and complaint.

2. On September 11, 2023, Plaintiff filed a motion to amend his complaint. The purpose of the proposed amendment was to clarify Plaintiff's negligence claims against Defendants. Because said his ordinary and medical negligence claims were not labeled as a "count" in the complaint, the Court failed to acknowledge the claim's existence.[1]

3. On October 26, 2023, the Magistrate Judge assigned to this case, the Honorable W. Carlton Metcalf, denied Plaintiff's motion stating that N.C. General Statute § 122C-210.1 bars Plaintiff's ordinary negligence claim against Defendants.[2]

---

[1] *See* Doc. 138.
[2] North Carolina General Statute § 122C-210.1 was amended on October 1, 2019. The amended version is substantially different from the 2016 statute.

4. On November 9, 2023, Plaintiff filed a motion for reconsideration asking the Court to reconsider the denial and grant Plaintiff leave to file his proposed 2nd Amended Complaint.

5. On November 28, 2023, the Court denied Plaintiff's motion for reconsideration and applied G.S. § 122C-210.1 to bar Plaintiff's ordinary negligence claim.

6. By certified letter dated March 8, 2024, and pursuant to Rule 5.1(a)(1)(B), Plaintiff provided North Carolina's Attorney General with a copy of this Notice, and attached as an exhibit Plaintiff's Motion to Declare Statute Unconstitutional as Applied.[3]

7. The State of North Carolina, nor one of its officers or employees have been named as a defendant in this case. In this manner, Plaintiff has complied with Rule 5.1's requirements.

Respectfully, this 27th day of Sha'ban in the year 1445 A.H.

/s/ Brother T. Hesed-El, ARR
**Bro. T. Hesed-El, Plaintiff *pro se***
c/o TAQI EL AGABEY MANAGEMENT
30 N Gould St, Ste. R, Sheridan, WY 82801
Ph: (762) 333-2075 / teamwork3@gmail.com

---

[3] This notice of constitutional challenge supersedes any previous Rule 5.1 notices which were ignored or not certified by the Court.

## CERTIFICATE OF SERVICE

This certifies that this RULE 5.1 NOTICE OF CONSTITUTIONAL CHALLENGE TO A STATUTE has been sealed in an envelope with sufficient postage affixed thereon, and deposited into the exclusive custody of the United States Post Office, to ensure delivery to:

**Robin Bryson and Mission Hospital Inc.**
℅ Attorney Daniel H. Walsh
ROBERTS & STEVEN, P.A.
Post Office Box 7647
Asheville, North Carolina 28802
dwalsh@roberts-steven.com

**Attorney General Josh Stein**
Office of the North Carolina Attorney General
114 West Edenton Street
Raleigh, NC 27603

This 8th day of March in the Gregorian year 2024.

/s/ *Brother T. Hesed-El, ARR*
**Bro. T. Hesed-El, Plaintiff** *pro se*