# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
Civil Action No. 1:21-cv-305-MR-WCM

| | |
|---|---|
| BROTHER T. HESED-EL, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | MOTION TO FOR RULE 60(b)(1) RELIEF |
| ) | |
| ROBIN BRYSON, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |

COMES NOW Brother T. Hesed-El (hereinafter "Plaintiff"), pursuant to Rule 60(b)(1) of the Federal Rules of Civil Procedure, and hereby moves the Court to correct the errors of law of Judge Reidinger's Order dated November 28, 2023 [Doc. 143]. Pursuant to Local Rule 7.1, the parties have conferred on this matter and the defendants oppose this motion.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays that he is allowed to proceed on the following causes of action: (1) gross negligence/willful and wanton conduct against Bryson; (2) negligent infliction of emotional distress against Bryson; (3) negligent supervision and/or training against Mission Hospital; (4) respondeat superior against Mission Hospital; (5) medical negligence against Bryson and Mission Hospital; and (6) ordinary negligence against Bryson and Mission Hospital.

Respectfully, this 27th day of Sha'ban in the year 1445 A.H.

**Bro. T. Hesed-El, Plaintiff** *pro se*
c/o TAQI EL AGABEY MANAGEMENT
30 N Gould St, Ste. R, Sheridan, WY 82801
Ph: (762) 333-2075 / teamwork3@gmail.com

## CERTIFICATE OF SERVICE

The undersigned certifies that this MOTION FOR RULE 60(b)(1) RELIEF has been sealed in an envelope with sufficient postage affixed thereon, and deposited into the exclusive custody of the United States Post Office, to ensure delivery to:

**Robin Bryson and Mission Hospital Inc.**
℅ Attorney Daniel H. Walsh
ROBERTS & STEVEN, P.A.
Post Office Box 7647
Asheville, North Carolina 28802
dwalsh@roberts-stevens.com

March 8, 2024

/s/ Brother T. Hesed-El, ARR
**Bro. T. Hesed-El, Plaintiff** *pro se*