**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
Civil Action No. 1:21-cv-305-MR-WCM

| | |
|---|---|
| BROTHER T. HESED-EL, | ) |
| Plaintiff, | ) |
| v. | ) MOTION FOR TRANSCRIPT AND |
| | ) AUDIO RECORDING |
| ROBIN BRYSON, et al., | ) |
| Defendants. | ) |

COMES NOW Brother T. Hesed-El (hereinafter "Plaintiff"), and hereby requests a copy of the audio recording and official transcript of the October 16, 2023 motions hearing held in this matter. Pursuant to Local Rule 7.1(i), Plaintiff contacted Courtroom Deputy Kristen Young and requested a court reporter for the upcoming motions hearing (scheduled for March 25, 2024 – but may be rescheduled). A conference pursuant to Local Rule 7.1 is not required for this motion.

### PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays that this motion is granted

Respectfully, this 27th day of Sha'ban in the year 1445 A.H.

/s/ Brother T. Hesed-El, ARK

*ro se*
ENT
30 N Gould St, Ste. R, Sheridan, WY 82801
Ph: (762) 333-2075 / teamwork3@gmail.com

## **CERTIFICATE OF SERVICE**

The undersigned certifies that this MOTION FOR TRANSCRIPT AND AUDIO RECORDING has been sealed in an envelope with sufficient postage affixed thereon, and deposited into the exclusive custody of the United States Post Office, to ensure delivery to:

**Robin Bryson and Mission Hospital Inc.**
℅ Attorney Daniel H. Walsh
ROBERTS & STEVEN, P.A.
Post Office Box 7647
Asheville, North Carolina 28802
dwalsh@roberts-stevens.com

March 8, 2024

/s/ *Brother T. Hesed-El, ARR*
**Bro. T. Hesed-El, Plaintiff** *pro se*