IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
Civil Action No. 1:21-cv-305-MR-WCM

FILED
ASHEVILLE, NC

APR 03 2024

U.S. DISTRICT COURT
W. DISTRICT OF N.C.

Hand-Delivered

| | |
|---|---|
| BROTHER T. HESED-EL, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | MOTION TO STRIKE TREATING |
| ) | PHYSICIAN EXPERT WITNESSES |
| ROBIN BRYSON, et al., ) | |
| ) | |
| Defendants. ) | |

COMES NOW, Plaintiff Brother T. Hesed-El ("Plaintiff") pursuant to *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993), and respectfully moves the Court to strike Defendants' treating physician expert witnesses. Pursuant to Local Rule 7.1, Plaintiff conferred with Defendants' counsel and attempted in good faith to resolve this area of disagreement. Despite Plaintiff's efforts, Defendants' counsel has indicated opposition to this motion.

WHEREFORE, Plaintiff prays that this motion be granted.

Respectfully, this 24th day of Ramadan in the year 1445 A.H.

*[signature]*

Bro. T. Hesed-El, Plaintiff *pro se*
c/o TAQI EL AGABEY MANAGEMENT
30 N Gould St, Ste. R, Sheridan, WY 82801
Ph: (762) 333-2075 / teamwork3@gmail.com

## CERTIFICATE OF SERVICE

This certifies that a true and correct copy of MOTION TO STRIKE TREATING PHYSICIAN EXPERT WITNESSES has been sealed in an envelope with sufficient postage affixed thereon, and deposited into the exclusive custody of the United States Post Office, to ensure delivery to:

**Robin Bryson and Mission Hospital Inc.**
℅ Attorney Daniel H. Walsh
ROBERTS & STEVENS, P.A.
Post Office Box 7647
Asheville, North Carolina 28802
dwalsh@roberts-stevens.com

This 3rd day of April in the year 2024 of the Gregorian calendar.

_____
Bro. T. Hesed-El, Plaintiff *pro se*