

FILED
ASHEVILLE, NC
APR 05 2024
U.S. DISTRICT COURT
W. DISTRICT OF N.C.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
Civil Action No. 1:21-cv-305-MR-WCM

| | |
|---|---|
| BROTHER T. HESED-EL, | ) |
| Plaintiff, | ) |
| v. | ) PLAINTIFF'S NOTICE OF FILING OF |
| | ) REDACTED DOCUMENT |
| ROBIN BRYSON, et al., | ) |
| Defendants. | ) |

COMES NOW, Brother T. Hesed-El ("Plaintiff"), pursuant to the Joint Consent Motion to Seal [Doc. 169], and files the redacted version of Doc. 162.

## NOTICE TO CLERK

The original version of Doc. 162 should be sealed and restricted from access except to the Court and parties.

Respectfully, this 26th day of Ramadan in the year 1445 A.H.

**Bro. T. Hesed-El, Plaintiff** *pro se*
c/o TAQI EL AGABEY MANAGEMENT
30 N Gould St, Ste. R, Sheridan, WY 82801
Ph: (762) 333-2075 / teamwork3@gmail.com

## **CERTIFICATE OF SERVICE**

This certifies that a true and correct copy of PLAINTIFF'S NOTICE OF FILING OF REDACTED DOCUMENT has been sealed in an envelope with sufficient postage affixed thereon, and deposited into the exclusive custody of the United States Post Office, to ensure delivery to:

**Robin Bryson and Mission Hospital Inc.**
℅ Attorney Daniel H. Walsh
ROBERTS & STEVENS, P.A.
Post Office Box 7647
Asheville, North Carolina 28802
dwalsh@roberts-stevens.com

This 5th day of April in the year 2024 of the Gregorian calendar.

*[signature]*
**Bro. T. Hesed-El, Plaintiff** *pro se*