بِسْمِ ٱللَّهِ ٱلرَّحْمَٰنِ ٱلرَّحِيمِ

**FILED**
ASHEVILLE, NC

APR 05 2024

U.S. DISTRICT COURT
W. DISTRICT OF N.C.

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
Civil Action No. 1:21-cv-305-MR-WCM

| | | |
|---|---|---|
| BROTHER T. HESED-EL, | ) | |
| | ) | |
| Plaintiff, | ) | PLAINTIFF'S NOTICE OF FILING AND |
| v. | ) | SUPPLEMENTAL AUTHORITY |
| | ) | |
| ROBIN BRYSON, et al., | ) | |
| | ) | |
| Defendants. | ) | |

COMES NOW, Brother T. Hesed-El ("Plaintiff"), and notifies the Court and parties as follows:

1) Correction to Doc. 175, ¶¶ 24-31

   a. Plaintiff unintentionally omitted the page and paragraph citations for Exhibit E and Exhibit F. Pursuant to Local Rule 7.1(j), those missing citations are included in the corrected attachment.

2) Correction to Doc. 175-1

   a. Plaintiff unintentionally omitted 5 pages from Exhibit C of Doc. 175-1 during the rendering of the PDF. These pages are included in the corrected exhibit.

Plaintiff declares under penalty of perjury that these corrections are made without any dilatory or deceptive motive and that no changes were made to UNC's training videos.

Respectfully, this 26th day of Ramadan in the year 1445 A.H.

_____

**Bro. T. Hesed-El, Plaintiff _pro se_**
c/o TAQI EL AGABEY MANAGEMENT
30 N Gould St, Ste. R, Sheridan, WY 82801
Ph: (762) 333-2075 / teamwork3@gmail.com

## CERTIFICATE OF SERVICE

This certifies that a true and correct copy of PLAINTIFF'S NOTICE OF FILING AND SUPPLEMENTAL AUTHORITY has been sealed in an envelope with sufficient postage affixed thereon, and deposited into the exclusive custody of the United States Post Office, to ensure delivery to:

**Robin Bryson and Mission Hospital Inc.**
℅ Attorney Daniel H. Walsh
ROBERTS & STEVENS, P.A.
Post Office Box 7647
Asheville, North Carolina 28802
dwalsh@roberts-stevens.com

This 5th day of April in the year 2024 of the Gregorian calendar.

Bro. T. Hesed-El, Plaintiff *pro se*