بِسْمِ ٱللَّهِ ٱلرَّحْمَٰنِ ٱلرَّحِيمِ

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
Civil Action No. 1:21-cv-305-MR-WCM

Hand-Delivered

| | |
|---|---|
| BROTHER T. HESED-EL, | ) |
| Plaintiff, | ) |
| v. | ) PLAINTIFF'S MOTION FOR |
| | ) LEAVE TO FILE SURREPLY |
| ROBIN BRYSON, et al., | ) |
| Defendants. | ) |

FILED
ASHEVILLE, NC

APR 08 2024

U.S. DISTRICT COURT
DISTRICT OF N.C.

NOW COMES Brother T. Hesed-El ("Plaintiff"), pursuant to LCvR 7.1(e), and hereby respectfully moves the Court to grant him leave to file the attached surreply to Defendants' Reply filed on April 5, 2024 [Doc. 177]. Pursuant to LCvR 7.1(b), Plaintiff attempted in good faith to confer with the defendants' attorney over the weekend via email and voicemail, but was unable to reach him. The grounds in support of this motion are detailed in Plaintiff's brief filed contemporaneously herewith.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays that the Court grant him leave to file the attached surreply.

Respectfully, this 29th day of Ramadan in the year 1445 A.H.

*[signature]*

Bro. T. Hesed-El, Plaintiff *pro se*
c/o TAQI EL AGABEY MANAGEMENT
30 N Gould St, Ste. R, Sheridan, WY 82801
Ph: (762) 333-2075 / teamwork3@gmail.com

## CERTIFICATE OF SERVICE

This certifies that a true and correct copy of PLAINTIFF'S MOTION FOR LEAVE TO FILE SURREPLY has been sealed in an envelope with sufficient postage affixed thereon, and deposited into the exclusive custody of the United States Post Office, to ensure delivery to:

**Robin Bryson and Mission Hospital Inc.**
℅ Attorney Daniel H. Walsh
ROBERTS & STEVENS, P.A.
Post Office Box 7647
Asheville, North Carolina 28802
dwalsh@roberts-stevens.com

This 8th day of April in the year 2024 of the Gregorian calendar.

Bro. T. Hesed-El, Plaintiff *pro se*