# EXHIBIT N

 Gmail                                    Brother El <teamwork3@gmail.com>

## Hesed-El v. Bryson et al _ Availability for Defendants' Depositions

**Brother EL** <teamwork3@gmail.com>                        Wed, Jan 10, 2024 at 12:49 PM
To: Dan Walsh <DWalsh@roberts-stevens.com>
Cc: Cheri Brown <CBrown@roberts-stevens.com>, Jessica Kimball <JKimball@roberts-stevens.com>, Phillip Jackson <PJackson@roberts-stevens.com>

Dear Roberts & Stevens, P.A.:

I'm following up on the below request to coordinate a convenient time to depose your clients, Robin Bryson and Mission Hospital. I need a response from you as soon as possible so that I can secure a court reporter for each deposition. Thank you.

Respectfully,

Brother T. Hesed-El
teamwork3@gmail.com
470-918-2585

On Sat, Jan 6, 2024 at 8:01 AM Brother EL <teamwork3@gmail.com> wrote:
Mr. Walsh,

I'd like to depose the defendants in this action. Would any of the dates listed below work for you and your client? I'd need them available for a full day.

Please note that these proposed dates are contingent upon timely receipt of your clients' responses to my first set of discovery requests. Unless notified otherwise, each deposition will be conducted remotely via secure video conferencing. If none of these dates work for you, we may need to meet/confer to discuss extending the discovery deadline to accommodate your clients' availability.

**Robin Bryson**

- February 6, 7, 13, 14,15, 20

**Mission Hospital** - *Rule 30(b)(6) PMK*

- February 21, 22, 26, 27, 28, 29

Respectfully,

Brother T. Hesed-El
teamwork3@gmail.com
470-918-2585

 **Gmail**

Brother El <teamwork3@gmail.com>

## Hesed-El v. Bryson et al _ Availability for Defendants' Depositions

**Brother EL** <teamwork3@gmail.com>                            Mon, Jan 15, 2024 at 2:43 AM
To: Dan Walsh <DWalsh@roberts-stevens.com>
Cc: Cheri Brown <CBrown@roberts-stevens.com>, Jessica Kimball <JKimball@roberts-stevens.com>, Phillip Jackson <PJackson@roberts-stevens.com>

Mr. Walsh,

Thanks for your response.

- Regarding itemized litigation costs, I should have that to you by late tonight
- As for the Rule 30(b)(6) deposition of Mission Hospital, I intend to depose the PMK regarding the topics listed below:
  - Explanation of medical terms and discussion of medical records provided to Plaintiff
  - Explanation of employees' roles and involvement in Plaintiff's treatment during period of involuntary hospitalization
  - Mission Hospital's training, policies and procedures relative to emergency care, mental health treatment, inpatient commitment, and outpatient commitment
- I've reached out to Moorish Science Temple leadership regarding the invoice(s) and was informed that they should be ready in about 2 weeks. As for the depositions, I'm hoping to obtain Sheiks Johns El and Barnes Bey's availability for depositions by the end of this week. As for Dr. Weiss, I've reached out to his office but have not yet received a response. Will keep you posted when I hear back from them.

Please let me know if you have any questions or concerns. Thank you.

Respectfully,

Brother T. Hesed-El
teamwork3@gmail.com
470-918-2585

[Quoted text hidden]

# EXHIBIT O

 Gmail                                      Brother El <teamwork3@gmail.com>

## Hesed-El v. Bryson, et al: Notice of Deposition and Follow-up on Rule 30(b)(6) Meet and Confer

**Brother EL** <teamwork3@gmail.com>                                      Fri, Feb 16, 2024 at 4:53 PM
To: Dan Walsh <DWalsh@roberts-stevens.com>
Cc: Cheri Brown <CBrown@roberts-stevens.com>, Jessica Kimball <JKimball@roberts-stevens.com>, Phillip Jackson <PJackson@roberts-stevens.com>

Called Dr. Weiss's cell and his voicemail is full. Called his office manager and he confirmed that Dr. Weiss has not returned to the office since his hospitalization.

On Fri, Feb 16, 2024 at 4:47 PM Brother EL <teamwork3@gmail.com> wrote:
Understood, thanks for the clarification. I was in communication with his office earlier this week, haven't heard from him. Let me try to call him directly.

On Fri, Feb 16, 2024 at 3:54 PM Dan Walsh <DWalsh@roberts-stevens.com> wrote:
I mean that, at earliest, I will be unable to review and submit a joint motion prior to this weekend, and more likely, it will be sometime on Monday.

If Dr. Weiss is simply not communicating with you, I may serve him a notice of deposition and subpoena for same, and then see how he responds.

Thanks,

Dan Walsh

Daniel H. Walsh

Attorney | Roberts & Stevens, P.A.
City Centre Building | 301 College Street, Suite 400, Asheville, NC 28801

Office: 828-252-6600 | Direct: 828-210-6818
www.roberts-stevens.com

**From:** Brother EL <teamwork3@gmail.com>
**Sent:** Friday, February 16, 2024 3:43 PM
**To:** Dan Walsh <DWalsh@roberts-stevens.com>
**Cc:** Cheri Brown <CBrown@roberts-stevens.com>; Jessica Kimball <JKimball@roberts-stevens.com>; Phillip Jackson <PJackson@roberts-stevens.com>
**Subject:** [EXT]Re: [EXT]Re: [EXT]Re: [EXT]Re: [EXT]Re: [EXT]Re: [EXT]Re: [EXT]Re: [EXT]Hesed-El v. Bryson, et al: Notice of Deposition and Follow-up on Rule 30(b)(6) Meet and Confer

Mr. Walsh,

What do you mean by "unable to meet the requested timeline"?

Regarding Dr. Weiss, I have not received any recent updates from him and therefore cannot confirm his status at this time.

On Fri, Feb 16, 2024 at 3:02 PM Dan Walsh <DWalsh@roberts-stevens.com> wrote:

Mr. Hesed-El,

I will review the proposed joint motion but am unable to meet the requested timeline. I hope to have a response to you prior to Ms. Bryson's deposition.

Regarding Dr. Weiss, first, can you confirm for me whether he is unable or unwilling to provide his services?

Regarding your motion to amend to include a claim of ordinary negligence, yes, I oppose it on the same basis which I explained in prior memorandums.

Additionally, I am hoping to make a production to you this weekend of some policies and Ms. Bryson's employment file, which I received today.

Thanks,

Dan Walsh

Daniel H. Walsh

Attorney | Roberts & Stevens, P.A.
City Centre Building | 301 College Street, Suite 400, Asheville, NC 28801

Office: 828-252-6600 | Direct: 828-210-6818
www.roberts-stevens.com

**From:** Brother EL <teamwork3@gmail.com>
**Sent:** Friday, February 16, 2024 2:45 PM
**To:** Dan Walsh <DWalsh@roberts-stevens.com>
**Cc:** Cheri Brown <CBrown@roberts-stevens.com>; Jessica Kimball <JKimball@roberts-stevens.com>; Phillip Jackson <PJackson@roberts-stevens.com>
**Subject:** [EXT]Re: [EXT]Re: [EXT]Re: [EXT]Re: [EXT]Re: [EXT]Re: [EXT]Hesed-El v. Bryson, et al: Notice of Deposition and Follow-up on Rule 30(b)(6) Meet and Confer

Mr. Walsh,

Please see my responses to your email #1-7, plus #8, which is a new point of discussion.

1. Sheik Johns El is confirmed for February 26, 4-8pm ET. Please provide a notice of remote deposition as soon as possible.
2. Sheik Barnes Bey has not returned my attempts to reach him.
3. My sister has agreed to sit for a deposition. I will let you know once she provides her availability.
4. As discussed during our call, February 27's deposition of Mission Hospital's corporate designee is contingent upon whether I receive the documents I have requested to be produced. Without the ability to review those documents, his/her deposition will likely be a wasted expense.

    ○ In the event the documents are not produced, additional time may be necessary to procure the documents elsewhere.

5. Dr. Weiss's office has not responded to my request to reschedule his deposition. Next week, I may file a motion for leave to retain his replacement(s).

  ○ **Will you oppose my motion for leave?**
    ▪ The expert(s) will need time to review the case and write a report.

6. Will need the court to grant an extension of time to depose Vaya Health.
7. I have attached a joint motion for your review. Given the short timeline, it probably would be best that you file it electronically today. Please feel free to modify the draft as needed and return to me for review/approval.
8. In addition to the above, please take notice that I've identified a mistake made by Judge Reidinger relating to his affirmation [Doc. 143] of the Magistrate's Order [Doc. 138] denying my motion to amend. I intend to file a motion with the Court asking for relief due to the judge's error of law. Simply, it is my position that the First Amended Complaint did in fact contain a claim for ordinary negligence and the Court's finding to the contrary and resulting denial of liberty to amend was an error.

  ○ **Will you oppose my Rule 60(b)(1) motion?**


Brother T. Hesed-El

teamwork3@gmail.com

470-918-2585



On Thu, Feb 15, 2024 at 6:12 PM Dan Walsh <DWalsh@roberts-stevens.com> wrote:

Mr. Hesed-El,


We conducted a meet and confer today wherein the following communications were made:


1)  Deposition of Sheik Johns-El is preliminarily scheduled for Feb. 26 from 4 to 8 pm, but this requires confirmation from him.

2)  Deposition of Sheik Barnes-Bey is as yet not scheduled as you are awaiting communication from him.

3)  Deposition of your sister has been requested and you are determining her schedule. Evenings and weekends are acceptable.

4)  The Mission Hospital, Inc., corporate designee is likely to be confirmed soon, and in anticipation of that, we have penciled in an evening deposition sometime during the week of Feb. 27 to Mar. 1.

5)  Dr. Weiss continues to be unavailable due to emergent medical concerns. In the event he cannot be a witness you may seek alternate experts, however, you understand that this would require motion practice. Alternatively, you are checking if next week is a possibility for the purposes of a deposition and will let me know asap due to the short timeframe involved.

6)  Vaya's deposition is unlikely at this point as that they have communicated to you that they are still searching for the requested documentation.

7)  We are both open to a joint motion for a limited extension of the discovery window, regarding (a) deposition of Vaya and the documents which you have requested from them, and (b) deposition of Dr. Weiss.


Please let me know if there's any information here which is incomplete or incorrect.


Thanks,

Dan Walsh

# EXHIBIT P

 Gmail                                    Brother El <teamwork3@gmail.com>

## Deposition of Sheik Johns El

**Brother EL** <teamwork3@gmail.com>                     Sun, Feb 18, 2024 at 7:40 PM
To: Dan Walsh <DWalsh@roberts-stevens.com>
Cc: Cheri Brown <CBrown@roberts-stevens.com>, Jessica Kimball <JKimball@roberts-stevens.com>, Phillip Jackson <PJackson@roberts-stevens.com>

Mr. Walsh,

Please note that I've retained Sheik Johns El as an expert witness pursuant to Rule 26(a)(2)(D)(ii). If you wish to depose him, he needs a notice of deposition and to be compensated for his time.

Respectfully,

Brother T. Hesed-El
teamwork3@gmail.com
470-918-2585
[Quoted text hidden]

# EXHIBIT Q

 Gmail

Brother El <teamwork3@gmail.com>

## Re: Hesed-El v. Bryson, et al. _Recap of 2.27.2024 Meet and Confer

1 message

**Brother EL** <teamwork3@gmail.com>                                          Wed, Feb 28, 2024 at 7:35 AM
To: Dan Walsh <DWalsh@roberts-stevens.com>
Cc: Cheri Brown <CBrown@roberts-stevens.com>, Phillip Jackson <PJackson@roberts-stevens.com>, Jessica Kimball
<JKimball@roberts-stevens.com>

Mr. Walsh,

I hope you're feeling better. Please note, there was one other point I forgot to mention in my previous email:

**8. You agreed to ask Robin Bryson whether she is available to sit for her deposition on March 12, 1-10pm.**

*****
That said, I will try to reach you again this morning to confer on the unresolved items. I need to file my motion to withdraw
Dr. Weiss today and for us to agree on a date for the joint motion to extend the discovery deadline. I also need the 806
pages of medical records from your assistant as soon as possible. Please note that Melissa West is confirmed for March
3, 5-10pm.

As for Dr. Zenn, given that I still have not received the requested documents relative to our Rule 37 Discovery Dispute, I
ask that we include him in our joint motion to extend the discovery deadline as well.

Given the time restraints of this case, if I do not hear from you by 1pm today, I will assume you oppose the motion to
extend the deadline and motion to withdraw Dr. Weiss and will indicate that in my motions filed with the Court.

Respectfully,

Brother T. Hesed-El
teamwork3@gmail.com
470-918-2585

On Tue, Feb 27, 2024 at 7:32 PM Brother EL <teamwork3@gmail.com> wrote:
  Mr. Walsh,

  Per our conversation, this message confirms that I intend to file a motion to withdraw Dr. Weiss as my expert witness. I
  called you shortly before 6pm to confer on the joint motion to extend the discovery deadline and your consent to my
  motion to withdrawal Dr. Weiss. You did not answer; I left a VM for you to return my call.

  Here is a recap of what we spoke about. Please let me know if you have any questions or if any revisions are needed.

      1. I am waiting to hear back from Melissa West to confirm the March 3 deposition date.
      2. You will reach out to Dr. Zenn to confirm his availability for his deposition.
      3. You agreed to contact the employers of the names provided in the previous email for the purpose of scheduling a
         deposition.
      4. You requested to review the draft motion to withdraw Dr. Weiss - *pending response*
      5. You agreed to file a joint motion to extend discovery deadline - *pending response*
      6. You stated that your assistant will send me the full medical record PDF via secure method
      7. You have not reviewed the Rule 37 dispute letter yet

  Respectfully,

  Brother T. Hesed-El
  teamwork3@gmail.com
  470-918-2585

On Sun, Feb 25, 2024 at 11:59 PM Brother EL <teamwork3@gmail.com> wrote:
Mr. Walsh,

Thanks for speaking with me on Saturday regarding Dr. Weiss' 2nd cancelled deposition. Below are my agenda topics for tomorrow's meet and confer:

- Joint motion to extend discovery deadline
  - Vaya Health deposition and RPD (March 18-24)
  - Bryson deposition (March 11 or 12, 1-11pm)
  - Additional deposition (agree to increase fact-witness limit)
    - Al L. Lyons
    - Mary Worthy
    - Mary Barlow
    - Adam Herzog
    - Dr. William Lewis
    - Geoffrey S. Raine
    - Michael Eland Sollie
    - Sharon R Zucker-McMannes
- Rule 37 discovery dispute
  - Sufficient response due by EOD on February 26
- Rule 30(b)(6) Deposition
  - Dr. Richard Zenn (March 2 and 3, 5-10pm)
- Missing Medical Records
  - 169 pages not disclosed to plaintiff
    - Expert witness Piqueras indicated that based on his "review of the entire medical record of the patient, an 806 page document which was provided by counsel for the Defendant..."
- Melissa West Deposition (March 1 or 3, 5-10pm)
- Withdrawal of Dr. Weiss as Expert Witness

Respectfully,

Brother T. Hesed-El
teamwork3@gmail.com
470-918-2585

# EXHIBIT R

 Gmail

**Brother El <teamwork3@gmail.com>**

## Meet and Confer Recap: February 28, 2024

**Brother EL** <teamwork3@gmail.com>                                     Wed, Feb 28, 2024 at 3:03 PM
To: Dan Walsh <DWalsh@roberts-stevens.com>
Cc: Phillip Jackson <PJackson@roberts-stevens.com>, Cheri Brown <CBrown@roberts-stevens.com>, Jessica Kimball
<JKimball@roberts-stevens.com>

Mr. Walsh,

Thanks for speaking with me this morning. Below is a recap of our discussion. Please note that I am requesting that we
meet and confer to finalize the unresolved items as soon as possible. Per our conversation from this morning, I can wait
until tomorrow at 11:30am to meet and confer to resolve these items. If you cannot meet at that time or opt to decline my
offer to compromise, I will move forward with filing all necessary motions as opposed and inform the Court accordingly.

- Robin Bryson confirmation for March 12 deposition - *unresolved*
- Consent to withdrawal of Dr. Weiss as expert witness - *unresolved*
- Joint motion to extend discovery deadline - *unresolved*
  - Vaya Health extension - *both parties agree*
  - NCDHHS extension - *both parties agree*
  - Dr. Zenn deposition extension - *unresolved*
  - Dr. Kaufman deposition - *unresolved*
- Motion to designate Dr. Kaufman as replacement expert witness - *opposed*
- Motion to strike Dr. Kaufman's rebuttal expert witness report - *opposed*
- Rule 37 dispute letter - *unresolved*
- 806 page digital medical record - *unresolved*
- Contact information for Plaintiff's requested deponents - *unresolved*
- Notice of Deposition for Melissa West - *unresolved*

Please let me know if I missed anything or if your understanding of the meeting is different.

Respectfully,

Brother T. Hesed-El
teamwork3@gmail.com
470-918-2585

 Gmail                                    Brother El <teamwork3@gmail.com>

## Meet and Confer Recap: February 28, 2024

**Brother EL** <teamwork3@gmail.com>                              Fri, Mar 1, 2024 at 9:18 AM
To: Dan Walsh <DWalsh@roberts-stevens.com>
Cc: Cheri Brown <CBrown@roberts-stevens.com>, Jessica Kimball <JKimball@roberts-stevens.com>, Phillip Jackson
<PJackson@roberts-stevens.com>

Mr. Walsh,

Tried to reach you by phone again this morning to finish our meet and confer. I respectfully ask that you return my call at
your earliest availability, or in the alternative, state that you are not willing to meet and confer.

The discovery deadline is on Monday, March 4, 2024. I wouldn't want my case to be disadvantaged on account of waiting
for you to finalize our joint motion to extend the discovery deadline.

I ask that you please make clear your intentions. Thank you.


Kind regards,


Brother T. Hesed-El

teamwork3@gmail.com

470-918-2585



On Thu, Feb 29, 2024 at 12:36 PM Brother EL <teamwork3@gmail.com> wrote:
Mr. Walsh,

What time would you like to meet and confer tomorrow?

Respectfully,

Brother T. Hesed-El

teamwork3@gmail.com

470-918-2585



On Thu, Feb 29, 2024 at 12:19 PM Brother EL <teamwork3@gmail.com> wrote:
Sounds good, thank you.

On Thu, Feb 29, 2024 at 11:15 AM Dan Walsh <DWalsh@roberts-stevens.com> wrote:
I have a number of hearings today and am unlikely to be available until tomorrow. I will direct my
assistant to contact you with your password info.

Thanks,

Dan Walsh



Daniel H. Walsh

Attorney | Roberts & Stevens, P.A.
City Centre Building | 301 College Street, Suite 400, Asheville, NC 28801

Office: 828-252-6600 | Direct: 828-210-6818
www.roberts-stevens.com


**From:** Brother EL <teamwork3@gmail.com>
**Sent:** Thursday, February 29, 2024 9:59 AM
**To:** Dan Walsh <DWalsh@roberts-stevens.com>
**Cc:** Phillip Jackson <PJackson@roberts-stevens.com>; Cheri Brown <CBrown@roberts-stevens.com>; Jessica Kimball <JKimball@roberts-stevens.com>
**Subject:** [EXT]Re: Meet and Confer Recap: February 28, 2024


Good morning, Mr. Walsh,


Following up on this. Do you think you'll have a few minutes to confer this morning?


Respectfully,


Brother T. Hesed-El

teamwork3@gmail.com

470-918-2585

# EXHIBIT S

 **Gmail**

**Brother El <teamwork3@gmail.com>**

## WITHDRAWN - Proposed Joint Motion to Extend Deadline

1 message

**Brother EL** <teamwork3@gmail.com>                    Sun, Mar 3, 2024 at 8:59 PM
To: Dan Walsh <DWalsh@roberts-stevens.com>
Cc: Phillip Jackson <PJackson@roberts-stevens.com>, Cheri Brown <CBrown@roberts-stevens.com>, Jessica Kimball
<JKimball@roberts-stevens.com>

Mr. Walsh,

Out of respect for everyone's time, I've decided to withdraw my proposed motion to extend the discovery deadline. I much
rather settle this case during our upcoming mediation. If we go to trial, I will question your clients at that time. A settlement
offer is forthcoming. Thank you.

Respectfully,

Brother T. Hesed-El
teamwork3@gmail.com
470-918-2585

 **Gmail**                                    Brother El <teamwork3@gmail.com>

## Dr. Kaufman's Deposition and Rule 26 Supplemental Disclosures
1 message

**Brother EL** <teamwork3@gmail.com>                          Wed, Mar 6, 2024 at 5:58 AM
To: Dan Walsh <DWalsh@roberts-stevens.com>
Cc: Cheri Brown <CBrown@roberts-stevens.com>, Jessica Kimball <JKimball@roberts-stevens.com>, Phillip Jackson
<PJackson@roberts-stevens.com>

Mr. Walsh,

On February 28, you informed me that you may want to depose Dr. Kaufman, but you didn't say for sure. As a courtesy, I
reached out to Dr. Kaufman and he responded indicating he is generally available in the evenings, but a daytime deposition may
be possible as well. You didn't raise this topic during our meet and confer on March 3, but I thought it may be helpful to remind
you of the conversation.

—

Next, please note that Sheik Johns El of Moorish Science Temple 77 is in the process of providing corrections to his discovery
responses. Once I receive those corrections from their secretary, I will be sure to provide notice to you and your clients.

— -

Lastly, since I was not provided a confirmed date to depose Robin Bryson and Dr. Richard Zenn (Rule 30(b)(6) designee) before
discovery closed, nor was I provided the contact information for the additional persons from Mission Hospital sought for
deposition within the same period, I may seek further information from them in the form of subpoenas. Please let me know if you
have any issue or concern with accepting such subpoenas on their behalf.

Thank you.

Respectfully,

Brother T. Hesed-El
teamwork3@gmail.com
470-918-2585

Case 1:21-cv-00305-MR-WCM   Document 182-2   Filed 04/08/24   Page 19 of 39

# EXHIBIT T



**Board of Behavioral Sciences**



1625 North Market Blvd., Suite S-200
Sacramento, CA 95834
(916) 574-7830, (916) 574-8625 Fax
www.bbs.ca.gov

**To:** Committee Members

**From:** Rosanne Helms
Legislative Manager

**Date:** December 8, 2022

**Telephone:** (916) 574-7939

**Subject: Discussion of Pastoral Counseling**

The law requires a valid and active license or registration in order to provide services within the scope of the Board's practice acts, unless an individual is working in an exempt setting (defined as a school, college, university, governmental entity, or an institution that is both nonprofit and charitable), or is in a profession that is exempted.

Currently, the law exempts priests, rabbis, and ministers of the gospel of any religious denomination, as follows:

<u>LMFTs</u>

*BPC §4980.01 (b)*
*This chapter shall not apply to any priest, rabbi, or minister of the gospel of any religious denomination when performing counseling services as part of their pastoral or professional duties, or to any person who is admitted to practice law in the state, or a physician and surgeon who provides counseling services as part of their professional practice.*

<u>LPCCs</u>

*BPC §4999.22 (c)*
*This chapter shall not apply to any priest, rabbi, or minister of the gospel of any religious denomination who performs counseling services as part of their pastoral or professional duties, or to any person who is admitted to practice law in this state, or who is licensed to practice medicine, who provides counseling services as part of their professional practice.*

<u>LCSWs</u>

*BPC §4996.13 (f)*
*Nothing in this article shall prevent qualified members of other professional groups from doing work of a psychosocial nature consistent with the standards and ethics of their respective professions. However, they shall not hold themselves out to the public by any*

VI - 1

Case 1:21-cv-00305-MR-WCM   Document 182-2   Filed 04/08/24   Page 21 of 39

*title or description of services incorporating the words psychosocial, or clinical social worker, or that they shall not state or imply that they are licensed to practice clinical social work. These qualified members of other professional groups include, but are not limited to, the following:*

*(f) A priest, rabbi, or minister of the gospel of any religious denomination.*

## Enforcement

The Board has occasionally received complaints about an individual who appears to be practicing independently without a license. The person is ordained by a religious entity, but not performing services as part of their ministerial duties. Although this is likely not the intent of the law, the Board is typically unable to take disciplinary action (by issuing a citation). Therefore, the Board may wish to consider clarifying the circumstances under which pastoral counseling is exempt from licensure.

## Other States

Staff found laws in three other states where the law provided more specificity regarding the allowance of pastoral counseling.

1. ## Texas
   Texas LMFT law[1] defines a recognized religious practitioner as follows:

   Recognized religious practitioner--A rabbi, clergyman, or person of similar status who is a member in good standing of and accountable to a legally recognized denomination or legally recognizable religious denomination or legally recognizable religious organization and other individuals participating with them in pastoral counseling if:

   (A) the therapy activities are within the scope of the performance of regular or specialized ministerial duties and are performed under the auspices of sponsorship of an established and legally recognized church, denomination or sect, or an integrated auxiliary of a church as defined in 26 CFR §1.6033-2(h) (relating to Returns by exempt organizations (taxable years beginning after December 31, 1969) and returns by certain nonexempt organizations (taxable years beginning after December 31, 1980));

   (B) the individual providing the service remains accountable to the established authority of that church, denomination, sect, or integrated auxiliary; and

   (C) the person does not use the title of or hold himself or herself out as a licensed marriage and family therapist.

---

[1] Law shown applies to Texas State Board of Examiners of Marriage and Family Therapists. Texas Administrative Code Title 22, Part 35, §801.2(22)

2. **Florida**
Florida statute regulating clinical, counseling, and psychotherapy services provides the following[2]:

No provision of this chapter shall be construed to limit the performance of activities of a rabbi, priest, minister, or member of the clergy of any religious denomination or sect, or use of the terms "Christian counselor" or "Christian clinical counselor" when the activities are within the scope of the performance of his or her regular or specialized ministerial duties and no compensation is received by him or her, or when such activities are performed, with or without compensation, by a person for or under the auspices or sponsorship, individually or in conjunction with others, of an established and legally cognizable church, denomination, or sect, and when the person rendering service remains accountable to the established authority thereof.

3. **Arizona**
Arizona statute applying to the Board of Behavioral Health Examiners provides the following[3]:

A rabbi, priest, minister or member of the clergy of any religious denomination or sect if the activities and services that person performs are within the scope of the performance of the regular or specialized ministerial duties of an established and legally recognizable church, denomination or sect and the person performing the services remains accountable to the established authority of the church, denomination or sect.

**Recommendation**

Conduct an open discussion regarding whether any changes should be made to the Board's statutes related to pastoral counseling.

---

[2] The 2022 Florida Statutes, Title XXXII, Chapter 491 §491.014(3)
[3] Arizona Revised Statutes, Title 32, §32-3271(A)(3)

## "SET IN DEFENSE OF THE EVERLASTING GOSPEL"





## "ALLAH THE GOD OF LOVE"

**This is to certify** that after a satisfactory relation of infinite experience, call to the Ministry, and views of the Holy Divine doctrine, of the

# Moorish Science Temple Of America

Bro. Johns El, Sheik, Ordained Public Minister
was publicly ordained to the work of

## THE DIVINE MINISTRY

On the 18th day of October 2015, by the Prophet Noble Drew Ali, the founder of the Moorish Science Temple of America at 4850 N. Broadway Street Suite 408673, Chicago, Ill. U.S.A.

## PROPHET NOBLE DREW ALI, FOUNDER

**Whosoever** receiveth these ORDINATION PAPERS is to teach Love, Truth, Peace, Freedom and Justice; teach men the Holy and Divine laws, and to obey the laws of the government, because our principle is to uplift fallen humanity. You are to set aside Temple, through the guidance of the Prophet, and the grand body of the Moorish Science Temple of America. Teach men, upon the hedges and the highways to repent from their sinful ways. That they learn to love instead of hate.

_Drew Ali_
NOBLE DREW ALI, THE PROPHET

_Noble El, SGC, OM_
EXECUTIVE RULER OF
THE
A.C. OF THE M.S.T. OF A.




 

# Moorish Science Temple of America



## Prophet Noble Drew Ali, Founder

To All Whom These Presents May Come,

Greetings from the Home Office

By virtue of the authority vested in the Most Holy Prophet, Noble Drew Ali, the Moorish Science Temple of America by a lawfully granted Charter of the State of Illinois hath granted this

### WARRANT OF AUTHORITY

To this subordinate temple of the Moorish Science Temple of America, at Los Angeles in the County of Los Angeles and State of California to be styled and known as Moorish Science Temple No. 77

Invested with all the powers and privileges of a Subordinate Temple within the jurisdiction of the said Home Office!

### Here Ye!

The Officers and member who benefit under this WARRANT OF AUTHORITY do hereby pledge themselves to act at all times in obedience to the commands and edicts of the illustrious Noble Drew Ali, the Prophet, Founder and Supreme Head of the Moorish Science Temple of America.

The Home Office can at any time suspend, revoke or take away this warrant of authority if in the judgment of our National Grand Sheik and Grand Body, said subordinate Temple has violated any of the Principles or Rules of the Moorish Science Temple of America.

In Testimony Whereof I have hereunto subscribed my name and affixed the Seal of the said Moorish Science Temple of America. In Love, Truth, Peace, Freedom and Justice! This 15th day of October A.D. 2015 at Chicago, Illinois, County of Cook, State of Illinois, U.S.A.

Attest: _____
Grand Governor of the Moorish Science Temple of America

(Affixed are the seals of the incorporation of the Moorish Science Temple of America and the seal of Prophet Noble Drew Ali).

(COPY)

# OUR AUTHORITY



10105905

STATE OF ILLINOIS
COOK COUNTY
FILED FOR RECORD

CORPORATION – Religious – Affidavit of Organization        Form No. 1099

1928 AUG 1 PM 2:52

## State of Illinois } ss.

County of ___COOK___

I, ___NOBLE DREW ALLI___

do solemnly swear that at a meeting of the members of the ___MOORISH SCIENCE TEMPLE___

OF AMERICA ___ held at ___Chicago___

in the County of ___Cook___ and State of Illinois, on the ___20th___

day of ___July___ A.D. 19 28 , for that purpose, the following persons were

~~elected~~ appointed ___Trustees SHEIKS___

___ according to the rules and usages of such

MOORISH SCIENCE TEMPLE OF AMERICA.

NOBLE DREW ALLI, MEALY EL, MALL BEY, LOVETT BEY, AND FOREMAN BEY
The Moorish Science Temple of America deriving its power and authority
from the Great Koran of Mohammed to propagate the faith and extend the
learning and truth of the Great Prophet of Alli in America. To anoint
appoint and consecrate missionaries of the prophet and to establish the
faith of Mohammed in America

And said ___MOORISH SCIENCE TEMPLE OF AMERICA___ adopted as its

corporate name the following ___MOORISH SCIENCE TEMPLE OF AMERICA___

And at said meeting, this affiant acted as ___Presiding Officer___

_Drew el_

Subscribed and Sworn to Before me,

this ___20th___ day of

___July___ A.D. 1928

___Roberta W. Connull___
_Notary Public_

See Hurd's Rev. Stat., Chap. 32, 36. *Our appointed   *Or Wardens, vestryman, or whatever name they may adopt

_For Both Applications_

# CHAPTER 805 BUSINESS ORGANIZATIONS
## 805 ILCS 115/ Religious Corporation Validation Act.

(805 ILCS 115/1) (from Ch. 32, par. 188.3)
Sec. 1. In any case where any church, congregation or society formed for the purpose of religious worship has filed, or caused to be filed, prior to the effective date of this Act, an affidavit in the office of the recorder of deeds in the county in which such congregation, church or society is organized in which are set forth the name of the organization and the place where located and in good faith has proceeded to conduct worship services and otherwise to carry out the functions for which formed although the affidavit may not set forth recitals that the trustees were elected or that the corporate name was adopted in the manner provided for by Sections 35 and 36 of "An Act concerning corporations", approved April 18, 1872, as amended, or may not have been made by the chairman or by the secretary of a meeting as required by said Act, the incorporation of such church, congregation or society and all its acts and transactions which are otherwise legal are hereby declared validated and legal.
(Source: Laws 1963, p. 745.)

(805 ILCS 115/2) (from Ch. 32, par. 188.4)
Sec. 2. Short title. This Act may be cited as the Religious Corporation Validation Act.
(Source: P.A. 86-1324.)

  

SALVATION     ALLAH     UNITY

# The Moorish Science Temple of America

## The Divine Constitution and By-Laws

**ACT 1.** The Grand Sheik and the chairman of the Moorish Science Temple of America is in power to make law and enforce laws with the assistance of the prophet and the Grand body of the Moorish science Temple of America. The assistant Grand Sheik is to assist the Grand Sheik in all affairs if he lives according to Love, Truth, Peace, Freedom and Justice, and it is known before the members of the Moorish Science Temple of America.

**Act 2.** - All meetings are to be opened and closed promptly according to the circle seven and Love, Truth, Peace, Freedom and Justice. Friday is our Holy Day of rest, because on a Friday the first man was formed in flesh and on a Friday the first man departed out of flesh and ascended unto his father God Allah, for that cause Friday is the Holy Day for all Moslems all over the world.

**Act 3.** - Love, Truth, Peace, Freedom and Justice must be proclaimed and practiced by all members of the Moorish Science Temple of America. No member is to put in danger or accuse falsely his brother or sister on any occasion at all that may harm his brother or sister, Because Allah is Love.

**Act 4.** - All members must preserve these Holy and Divine laws, and all members must obey the laws of the government, because by being a Moorish American, you are a part and partial of the government, and must live the life accordingly.

**Act 5.** - This organization of the Moorish Science Temple of America is not to cause any confusion or to overthrow the laws and constitution of the said government but to obey hereby.



**NOBLE DREW ALI**
Founder

**Act 6.** - With us all members must proclaim their nationality and we are teaching, our people their nationality and their Divine Creed that they may know that they are a part and a partial of this said government, and know that they are not Negroes, Colored Folks, Black People or Ethiopians, Because these names were given to slaves by slave holders in 1779 and lasted until 1865 during the time of slavery, but this is a new era of time now, and all men now must proclaim their free national name to be recognized by the government in which they live and the nations of the earth, this is the reason why Allah the Great God of the universe ordained Noble Drew Ali, the Prophet to redeem his people from their sinful ways. The Moorish Americans are the descendants of the ancient Moabites whom inhabited the North Western and South Western shores of Africa.

**Act 7.** - All members must promptly attend their meetings and become a part and a partial of all uplifting acts of the Moorish Science Temple of America. Members must pay their dues and keep in line with all necessities of the Moorish Science Temple of America, then your are entitled to the name of, "Faithful". Husband, you must support your wife and children; wife you must obey your husband and take care of your children and look after the duties of your household. Sons and daughters must obey father and mother and be industrious and become a part of the uplifting of fallen humanity. All Moorish Americans must keep their hearts and minds pure with love, and their bodies clean with water. This Divine Covenant is from your Holy Prophet Noble Drew Ali, through the guidance of his Father God Allah.

### MOORISH AMERICAN PRAYER

Allah the Father of the universe, the Father of Love, Truth, Peace, Freedom and Justice. Allah is my protector, my guide and my salvation by night and by day, thru his Holy Prophet Drew Ali. "Amen".

## THE MOORISH SCIENCE TEMPLE OF AMERICA
### Home Office of Noble Drew Ali

Home Office: 4850 N. Broadway Street. Suite 408673      Chicago, IL

Document ID: 7b46e53223ec431181a25767efda13e4aa006878

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
Civil Action No. 1:21-cv-305-MR-WCM

| | | |
|---|---|---|
| BROTHER T. HESED-EL, | ) | |
| | ) | |
| Plaintiff, | ) | **DECLARATION OF** |
| v. | ) | **SHEIK JOHNS EL** |
| | ) | |
| ROBIN BRYSON, et al., | ) | |
| | ) | |
| Defendants. | ) | |

On February 8, 2024, I, Bro. S. Johns El, Sheik of the Moorish Science Temple of America Temple No. 77, received from Plaintiff an email titled "Background Docs and Expert Witness Report" for my review as the expert witness in this case. There were two attachments to that email: (1) Medical Records Referenced in Dr. Weiss Referral Letter.pdf; and (2) Affidavit of Dr. Weiss.pdf. Those records were pertaining to this case and his complaint against Mission Hospital. During my deposition, attorney Daniel Walsh questioned me about whether I had reviewed Plaintiff's 806 pages of medical records, which caused me to draw a blank and answer incorrectly. The correct answer should have been that "I discussed this case with Plaintiff prior to my deposition, including but not limited to, the records I received from him on February 8, 2024".

While serving in the capacity as Plaintiff's pastoral counselor from 2021-2023, I provided psychotherapy services through a variety of treatments aimed to help him identify and change troubling emotions, thoughts, and behaviors. The goals of the counseling sessions were to help Plaintiff gain relief from symptoms arising from mental slavery and past trauma, including but not limited to, what he suffered at Mission Hospital. Through these services, to help him maintain or enhance daily functioning and improve quality of life, with the assistance of the Prophet, I helped Plaintiff become aware of certain ways of thinking that are inaccurate or harmful (for example, having a low opinion of his abilities) and then question those thoughts, understand how the

Document ID: 7b46e53223ec431181a25767efda13e4aa006878

thoughts affect his emotions and behavior, and change self-defeating behavior patterns. The counseling sessions were also tailored to help him identify ways to cope with stress and anxiety and develop problem-solving strategies as he strived to heal. Some sessions were conducted in a group setting to help him examine his interactions with others and teach social and communication skills, apply mindfulness and relaxation techniques, and track emotions, anxiety, and other harmful behaviors (e.g., hatred, slander, lewdness, murder, theft) to raise his awareness regarding the impact that such behaviors could have on himself and others.

These counseling sessions occurred from time to time before or after our Holy Day meetings on Fridays, for 1-2 hours per session. To help Plaintiff recover, he had to learn that: "Inconstancy is powerful in the heart of man; Intemperance swayeth it whither it will; Despair engrosseth much of it; and Fear proclaimeth: 'Behold, I sit unrivalled therein,' but Vanity is beyond them all." In general, the counseling sessions were intended to help Plaintiff apply to his life the lessons learned during our meetings; and that he is called to "Teach men, upon the hedges and the highways to repent from their sinful ways. That they learn to love instead of hate."

This is the gnosis of the aught and the naught.

FURTHER AFFIANT SAYETH NOT.

28 U.S. Code § 1746: I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Executed on __03/21/2024_____.

*Johns El, Sheik*
Bro. Johns El, Sheik

# EXHIBIT U

 Gmail

Taqi El ████████████████

## Deposition Update

**Christopher Lund** <manager@psychiatryaustin.com>
To: Taqi El ███████████████, MD Psychiatry Austin <md@psychiatryaustin.com>

Mon, Feb 5, 2024 at 9:07 PM

Hello. I called/texted you tonight as soon as I learned about this. Unfortunately, per Dr. Weiss, the upcoming deposition will need to be rescheduled. Is there a good time for me to call you tomorrow? Thanks!

Very truly yours,

Christopher Lund, Practice Manager
Psychiatry Austin | Leonard Weiss, M.D.
Office: 512-646-0880

Board-certified in Psychiatry, Forensic Psychiatry, Addiction Psychiatry, and Brain Injury Medicine
American Board of Psychiatry and Neurology
Board-certified in Internal Medicine, American Board of Internal Medicine

Confidentiality Notice:
The information transmitted by this email is intended only for the person or entity to which it is addressed. This email may contain proprietary, business-confidential, and/or privileged material. If you are not the intended recipient of this message, be aware that any use, review, retransmission, distribution, reproduction, or action taken in reliance upon this message is strictly prohibited. If you received this in error, please contact the sender and delete the material from all computers. This email does not create an attorney-client relationship or a doctor-patient relationship. Do not reply with confidential legal or medical information.

📄 **LW.pdf**
55K

 **Piedmont**

Piedmont Atlanta
Hospital 5 South
1968 PEACHTREE RD NW
ATLANTA GA 30309-1281
Phone 404-605-3540
Fax 404-609-6726

February 5, 2024

Patient:     Leonard J Weiss
Date of Birth: 11/11/1953
Date of Visit: 2/4/2024

To Whom It May Concern:

Please note that Mr. Leonard J Weiss has been admitted to PAH 2/4/2024  9:17 PM,
discharge date to be determined based on progress.

If you have any questions or concerns, please don't hesitate to call
my office at 404 367-3014.

Sincerely,

Mihai Lascar, MD
2/5/2024

*Electronically signed and verified on 2/5/2024 by No name on file*

iMessage
Sat, Feb 24 at 10:05 AM

Hi Taqi, my name is Adrianne. I am the personal assistant for Dr Weiss. I wanted to let you know that I am taking him to the ER as I send this message, he has had some kind of complication. If you could please give me a call back at this number I would greatly appreciate it.

Hello Adrianne. Called and was forwarded to voicemail

Left a VM. Can you call me back please

Thanks for speaking with me, Adrianne. I pray that Dr. Weiss will recover and heal from the medical complications he's experiencing. I will relay Dr. Weiss' message to the opposing counsel. If you could, please provide some form of documentation once he is admitted. Thank you.

Oh of course. I will send something as soon as I can! Talk to you soon!

Mon, Feb 26 at 8:56 AM

Good morning. Any update on Dr. Weiss?

Thu, Feb 29 at 12:26 PM

Good morning.

Following up for a copy of the ER documentation.

May need that in case the Court ask for proof as to the Dr. Weiss cancellation of the 2nd deposition.

Yes sir, I will get that to you today. I apologize for such the delay. Been dealing with Dr Weiss and all his Dr appointments

Thank you. I pray he recovers well.

I do too! Thank you!

Wed, Mar 6 at 11:51 AM

Hello Adrianne. Following up on the documentation. Are you still able to provide that?

Wed, Mar 6 at 1:37 PM

Let me get with Chris. I sent him the documents.

Thank you.

Read 3/6/24

No problem

 Gmail

Taqi El █████████

---

# Final Invoice/Reports/Refund

**Christopher Lund** <manager@psychiatryaustin.com>
To: Taqi El █████████
Cc: MD Psychiatry Austin <md@psychiatryaustin.com>

Thu, Mar 7, 2024 at 10:23 PM

Attached is the General ED Discharge Summary that was provided. Thanks!

Very truly yours,

Christopher Lund, Practice Manager
Psychiatry Austin | Leonard Weiss, M.D.
Office: 512-646-0880

Board-certified in Psychiatry, Forensic Psychiatry, Addiction Psychiatry, and Brain Injury
Medicine
American Board of Psychiatry and Neurology
Board-certified in Internal Medicine, American Board of Internal Medicine

Confidentiality Notice:
The information transmitted by this email is intended only for the person or entity to which it is addressed. This email may
contain proprietary, business-confidential, and/or privileged material. If you are not the intended recipient of this message,
be aware that any use, review, retransmission, distribution, reproduction, or action taken in reliance upon this message is
strictly prohibited. If you received this in error, please contact the sender and delete the material from all computers. This
email does not create an attorney-client relationship or a doctor-patient relationship. Do not reply with confidential legal or
medical information.

[Quoted text hidden]

📄 **Weiss - ER - 2.24.24.pdf**
171K



Patient: WEISS,LEONARD JAY
Account No: K19603491336
Unit No: K000733515
Location: EMERGENCY DEPARTMENT
        SAMC
Physician: Rhodes,Jeffrey P  MD
Date: 02/24/24

## GENERAL ED DISCHARGE INSTRUCTIONS

St. David's South Austin Medical Center
901 W. Ben White Blvd. Austin, TX 78704
(512) 447-2211

General Emergency Department Discharge Instructions

The treatment and evaluation you received have been provided on an emergency basis only and is not intended to be a substitute for, or an effort to provide complete medical care. It is important that you follow up with your primary care provider for ongoing monitoring and intervention. Tell your follow-up physician or clinic that we have sent you. Take a copy of your discharge instructions, which includes a list of your current medications and any new medications prescribed and share this information with them. If you had x-rays, an EKG, or lab tests today, they have been reviewed by your doctor. We will contact you at once if other important findings are noted after further review by our staff. If your symptoms become worse or you do not improve as expected and you are unable to reach your usual health care provider, you should return to the Emergency Department. We are available 24 hours a day. Please make an appointment for further treatment as instructed.

-There are occasions where additional lab tests return – such as a culture result or an X-ray or EKG - is further reviewed after you are discharged. If a change in your diagnosis or treatment is indicated, we will attempt to contact you. It is critical that we have a current phone number for you.
-If you have received any radiology testing today, please note that the x-ray has been read by your ED physician. A final reading by a Radiologist will be completed and you will be notified by the Emergency Department staff of any additional findings. If you need a copy of your x-ray for your follow-up appointment, please contact Medical Records at 512-816-6308.
-Culture results may take 2-3 days. We review many culture results and will attempt to contact you if the results are significant or may change your treatment. But you may also call us back to review culture results, and we encourage you to do so if you have any questions or concerns. You may obtain a copy of your culture results from our medical records department Monday - Friday 8:30am - 4:00pm. The phone number is 512-816-6308.

Preventative Health Instructions:
The care you received in the emergency department has been done on an emergency basis only and is not intended to be a substitute for regular medical care. If your condition or symptoms persist or get worse at any time, you should return to the emergency department if you're unable to contact your own physician. Please understand that although we may not have determined a specific cause of your symptoms today, further evaluation may be necessary. It is important to get a primary care provider (doctor, PA, or nurse practitioner) for follow up as well as ongoing healthcare needs.
The following information is provided for you as education regarding preventative

**S⁺David's | SOUTH AUSTIN MEDICAL CENTER**

Patient: WEISS,LEONARD JAY
Account No: K19603491336
Unit No: K000733515
Location: EMERGENCY DEPARTMENT
    SAMC
Physician: Rhodes,Jeffrey P  MD
Date: 02/24/24

health care and follow up from your emergency department visit:
Regular exercise, good diet and adequate fluid intake are very important for general
health maintenance.  Please discuss these with your primary care doctor to develop a
plan specific to your needs.
If you would like assistance in scheduling your specialty appointment and have not
received a call or text in 1-2 business days, please call Appointment Services
directly at 512-591-2734

SMOKING CESSATION: Smoking is related to many diseases including Pneumonia,
Bronchitis, Emphysema, Various Cancers, Heart Attack, and Stroke.  If you are a
smoker, we encourage you to quit.  There are many methods to help you quit.  Please
discuss these options with your primary care physician, your clinic, or go online to
the American Lung Association at www.lungusa.org and double click the Quit Smoking
icon in the tabs at the top of the page.

IMMUNIZATIONS:
Vaccines are available for vaccine preventable diseases including Hepatitis A and B,
Diphtheria, Tetanus, Pertusis, Haemophilus Influenzae, Polio, Measles, Mumps,
Rubella, Varicella (chicken Pox), Pneumococcal and Influenza.   It is important to
keep children up to date on their immunization schedule to help prevent the spread of
these diseases.  If you have children, please discuss their immunization schedule
with the child's primary care physician or clinic.  If you are in Williamson County
call 512-930-4386; or in Travis County call 512-972-5400 for more information.

ABUSE:
No one deserves physical or emotional abuse.  If you are the victim of abuse; either
physical, sexual, or psychological, help is available.  Please discuss any concerns
you have with your ED physician, your primary care physician, or your clinic.  Hope
Alliance is an organization with the sole purpose of assisting those affected by
domestic abuse and violence.  Please call their hotline at 1-800-460-SAFE (7223) or
800-799-7233 (National Domestic Violence Hotline) or online www.hopealliancetx.org

SUICIDE RISKS AND WARNING SIGNS:
Please call the Suicide Prevention Lifeline at 988 or Crisis Services at
1-800-841-1255 if you are experiencing or notice suicide risks and warning

MENTAL HEALTH CRISIS INFORMATION:
If you are experiencing a mental health emergency call, 1-800-841-1255 anytime for
immediate assistance.

SEAT BELTS:
Seat belts save lives.  Each percentage-point increase in safety belt use represents
2.8 million more people buckling up, 250 more lives saved, and 6,400 serious injuries
prevented annually.  We encourage everyone to use your safety belt correctly and
restrain children appropriately.  Please go to www.mtsa.dot.gov for more
information.

SATISFACTION SURVEY REMINDER:
We care about your health in the hospital and at home.  Providing you an excellent
experience is our top priority. Please expect an automated phone call or text so we

**St†David's | SOUTH AUSTIN MEDICAL CENTER**

Patient: WEISS,LEONARD JAY
Account No: K19603491336
Unit No: K000733515
Location: EMERGENCY DEPARTMENT
SAMC
Physician: Rhodes,Jeffrey P  MD
Date: 02/24/24

If you need help or have questions about MyHealthOne, call (855) 422-6625.

Manage the health of a loved one
Authorized parents or caregivers can act on behalf of a patient, such as a child
or elderly parent, to view hospital records, sign up for classes or provider
appointments, pay hospital bills and more.
1. Visit our hospital and complete the Proxy Express Waiver form.
2. Once the patient has been discharged, call (855) 422-6625 to complete the
enrollment process.
3. Sign in to MyHealthOneMyHealthOne and begin managing the health of your loved
ones.

If you need help or have questions about MyHealthOne, call (855) 422-6625.